# TEXAS SECRETARY of STATE
# JANE NELSON

**BUSINESS ORGANIZATIONS INQUIRY - VIEW ENTITY**

| | | | |
|---|---|---|---|
| **Filing Number:** | 804372302 | **Entity Type:** | Domestic Limited Liability Company (LLC) |
| **Original Date of Filing:** | January 4, 2022 | **Entity Status:** | In existence |
| **Formation Date:** | N/A | | |
| **Tax ID:** | 32082548358 | **FEIN:** | |
| **Duration:** | Perpetual | | |

**Name:** AlfaMax Animal Nutrition LLC
**Address:** 1585 COUNTY ROAD 328
Buffalo, TX 75831-4006 USA

| REGISTERED AGENT | FILING HISTORY | NAMES | MANAGEMENT | ASSUMED NAMES | ASSOCIATED ENTITIES | INITIAL ADDRESS |
|---|---|---|---|---|---|---|
| **Name** | | **Address** | | | **Inactive Date** | |
| Vanessa K Smith | | 524 FM 1848 Buffalo, TX 75831 USA | | | | |

[Order]  [Return to Search]

Instructions:
• To place an order for additional information about a filing press the 'Order' button.

Exhibit 1

# TEXAS SECRETARY of STATE
# JANE NELSON

**BUSINESS ORGANIZATIONS INQUIRY - VIEW ENTITY**

| | | | |
|---|---|---|---|
| **Filing Number:** | 804372302 | **Entity Type:** | Domestic Limited Liability Company (LLC) |
| **Original Date of Filing:** | January 4, 2022 | **Entity Status:** | In existence |
| **Formation Date:** | N/A | | |
| **Tax ID:** | 32082548358 | **FEIN:** | |
| **Duration:** | Perpetual | | |
| **Name:** | AlfaMax Animal Nutrition LLC | | |
| **Address:** | 1585 COUNTY ROAD 328 Buffalo, TX 75831-4006 USA | | |

| REGISTERED AGENT | FILING HISTORY | NAMES | MANAGEMENT | ASSUMED NAMES | ASSOCIATED ENTITIES | INITIAL ADDRESS |
|---|---|---|---|---|---|---|
| **Last Update** | **Name** | | **Title** | | **Address** | |
| May 19, 2022 | Vanessa Kim Smith | | Managing Member | | 1585 County Road 328 Buffalo, TX 75831 USA | |
| May 19, 2022 | Thomas James Till | | Managing Member | | 1585 County Road 328 Buffalo, TX 75831 USA | |

[Order]  [Return to Search]

Instructions:
- To place an order for additional information about a filing press the 'Order' button.

Exhibit 1

6/16/23, 9:29 AM                                   BUSINESS ORGANIZATIONS INQUIRY - VIEW ENTITY

# TEXAS SECRETARY of STATE
# JANE NELSON

**BUSINESS ORGANIZATIONS INQUIRY - VIEW ENTITY**

| | | | |
|---|---|---|---|
| **Filing Number:** | 804372302 | **Entity Type:** | Domestic Limited Liability Company (LLC) |
| **Original Date of Filing:** | January 4, 2022 | **Entity Status:** | In existence |
| **Formation Date:** | N/A | | |
| **Tax ID:** | 32082548358 | **FEIN:** | |
| **Duration:** | Perpetual | | |
| **Name:** | AlfaMax Animal Nutrition LLC | | |
| **Address:** | 1585 COUNTY ROAD 328  Buffalo, TX 75831-4006 USA | | |

| REGISTERED AGENT | FILING HISTORY | NAMES | MANAGEMENT | ASSUMED NAMES | ASSOCIATED ENTITIES | INITIAL ADDRESS |
|---|---|---|---|---|---|---|
| **Last Update** | **Name** | | **Title** | | **Address** | |
| May 19, 2022 | Vanessa Kim Smith | | Managing Member | | 1585 County Road 328 Buffalo, TX 75831 USA | |
| May 19, 2022 | Thomas James Till | | Managing Member | | 1585 County Road 328 Buffalo, TX 75831 USA | |

[Order]  [Return to Search]

Instructions:
- To place an order for additional information about a filing press the 'Order' button.

Exhibit 1