# TEXAS SECRETARY of STATE
# JANE NELSON

BUSINESS ORGANIZATIONS INQUIRY - VIEW ENTITY

| | | | |
|---|---|---|---|
| **Filing Number:** | 802729792 | **Entity Type:** | Domestic Limited Liability Company (LLC) |
| **Original Date of Filing:** | May 24, 2017 | **Entity Status:** | Forfeited existence |
| **Formation Date:** | N/A | | |
| **Tax ID:** | 18217458068 | **FEIN:** | |
| **Duration:** | Perpetual | | |

**Name:** TILL PREMIUM ALFALFA, LLC
**Address:** 1527 COUNTY ROAD 328
BUFFALO, TX 75831 USA

REGISTERED AGENT   FILING HISTORY   NAMES   MANAGEMENT   ASSUMED NAMES   ASSOCIATED ENTITIES   INITIAL ADDRESS

| Name | Address | Inactive Date |
|---|---|---|
| Thomas James Till | 1527 CR 328<br>Buffalo, TX 75831 USA | |

[Order]  [Return to Search]

Instructions:
  • To place an order for additional information about a filing press the 'Order' button.

Exhibit 2

# TEXAS SECRETARY of STATE
# JANE NELSON

BUSINESS ORGANIZATIONS INQUIRY - VIEW ENTITY

| | | | |
|---|---|---|---|
| **Filing Number:** | 802729792 | **Entity Type:** | Domestic Limited Liability Company (LLC) |
| **Original Date of Filing:** | May 24, 2017 | **Entity Status:** | Forfeited existence |
| **Formation Date:** | N/A | | |
| **Tax ID:** | 18217458068 | **FEIN:** | |
| **Duration:** | Perpetual | | |
| **Name:** | TILL PREMIUM ALFALFA, LLC | | |
| **Address:** | 1527 COUNTY ROAD 328 BUFFALO, TX 75831 USA | | |

REGISTERED AGENT | FILING HISTORY | NAMES | MANAGEMENT | ASSUMED NAMES | ASSOCIATED ENTITIES | INITIAL ADDRESS

| Last Update | Name | Title | Address |
|---|---|---|---|
| May 19, 2019 | THOMAS JAMES TILL | OWNER | 1527 CR 328 BUFFALO, TX 75831 USA |
| May 19, 2019 | THOMAS JAMES TILL | DIRECTOR | 1527 CR 328 BUFFALO, TX 75831 USA |

[Order] [Return to Search]

Instructions:
- To place an order for additional information about a filing press the 'Order' button.

Exhibit 2

# TEXAS SECRETARY of STATE
# JANE NELSON

BUSINESS ORGANIZATIONS INQUIRY - VIEW ENTITY

| | | | |
|---|---|---|---|
| **Filing Number:** | 802729792 | **Entity Type:** | Domestic Limited Liability Company (LLC) |
| **Original Date of Filing:** | May 24, 2017 | **Entity Status:** | Forfeited existence |
| **Formation Date:** | N/A | | |
| **Tax ID:** | 18217458068 | **FEIN:** | |
| **Duration:** | Perpetual | | |

**Name:** TILL PREMIUM ALFALFA, LLC
**Address:** 1527 COUNTY ROAD 328
BUFFALO, TX 75831 USA

| REGISTERED AGENT | FILING HISTORY | NAMES | MANAGEMENT | ASSUMED NAMES | ASSOCIATED ENTITIES | INITIAL ADDRESS |
|---|---|---|---|---|---|---|
| **Last Update** | **Name** | | **Title** | | **Address** | |
| May 19, 2019 | THOMAS JAMES TILL | | OWNER | | 1527 CR 328 BUFFALO, TX 75831 USA | |
| May 19, 2019 | THOMAS JAMES TILL | | DIRECTOR | | 1527 CR 328 BUFFALO, TX 75831 USA | |

[Order] [Return to Search]

Instructions:
- To place an order for additional information about a filing press the 'Order' button.

Exhibit 2