Merchant Statement       Till Premium Alfalfa        Start Date: 2021-10-15
                                                      End Date: 2023-06-15



**Merchant Statement of Activity**

Till Premium Alfalfa          Merchant ID:
1585 County Road 328          From: 2021-10-15 - 2023-06-15
Buffalo, TX 75831-4006

| Date | Amount | Note | Type | Subtype | Contract ID | Balance |
|---|---|---|---|---|---|---|
| 2022-04-04 | $2,500.00 | Default Fee | Fee Charge | Legal fee - Default | 5696241 | $118,949.00 |
| 2022-03-08 | $175.00 | Returned ACH Debit Fee due to Payment initiated 2022-03-03 returned due to R01 Insufficient Funds | Fee Charge | Returned ACH - N | 5696241 | $116,449.00 |
| 2022-03-08 | $115.00 | Payment initiated 2022-03-03 returned due to R01: Insufficient Funds | Contract | ACH Debit | 5696241 | $116,274.00 |
| 2022-03-08 | $175.00 | Returned ACH Debit Fee due to Payment initiated 2022-02-24 returned due to R01 Insufficient Funds | Fee Payment | Returned ACH - N | 5696241 | $116,159.00 |
| 2022-03-08 | $175.00 | Returned ACH Debit Fee due to Payment initiated 2021-12-24 returned due to R01 Insufficient Funds | Fee Payment | Returned ACH - N | 5696241 | $115,984.00 |
| 2022-03-08 | $175.00 | Returned ACH Debit Fee due to Payment initiated 2021-12-16 returned due to R01 Insufficient Funds | Fee Payment | Returned ACH - N | 5696241 | $115,809.00 |
| 2022-03-08 | $175.00 | Returned ACH Debit Fee due to Payment initiated 2021-12-09 returned due to R01 Insufficient Funds | Fee Payment | Returned ACH - N | 5696241 | $115,634.00 |
| 2022-03-04 | ($175.00) | Returned ACH Debit Fee due to Payment initiated 2022-02-24 returned due to R01 Insufficient Funds | Fee Payment | Returned ACH - N | 5696241 | $115,459.00 |
| 2022-03-04 | ($175.00) | Returned ACH Debit Fee due to Payment initiated 2021-12-24 returned due to R01 Insufficient Funds | Fee Payment | Returned ACH - N | 5696241 | $115,634.00 |
| 2022-03-04 | ($175.00) | Returned ACH Debit Fee due to Payment initiated 2021-12-16 returned due to R01 Insufficient Funds | Fee Payment | Returned ACH - N | 5696241 | $115,809.00 |
| 2022-03-04 | ($175.00) | Returned ACH Debit Fee due to Payment initiated 2021-12-09 returned due to R01 Insufficient Funds | Fee Payment | Returned ACH - N | 5696241 | $115,984.00 |
| 2022-03-04 | ($115.00) | Payment from Weekly ACH Debit initiated 2022-03-03 | Contract | ACH Debit | 5696241 | $116,159.00 |
| 2022-03-01 | $175.00 | Returned ACH Debit Fee due to Payment initiated 2022-02-24 returned due to R01 Insufficient Funds | Fee Charge | Returned ACH - N | 5696241 | $116,274.00 |
| 2022-03-01 | $290.00 | Payment initiated 2022-02-24 returned due to R01: Insufficient Funds | Contract | ACH Debit | 5696241 | $116,099.00 |
| 2022-03-01 | $175.00 | Returned ACH Debit Fee due to Payment initiated 2021-12-24 returned due to R01 Insufficient Funds | Fee Payment | Returned ACH - N | 5696241 | $115,809.00 |
| 2022-03-01 | $175.00 | Returned ACH Debit Fee due to Payment initiated 2021-12-16 returned due to R01 Insufficient Funds | Fee Payment | Returned ACH - N | 5696241 | $115,634.00 |
| 2022-03-01 | $175.00 | Returned ACH Debit Fee due to Payment initiated 2021-12-09 returned due to R01 Insufficient Funds | Fee Payment | Returned ACH - N | 5696241 | $115,459.00 |
| 2022-02-25 | ($175.00) | Returned ACH Debit Fee due to Payment initiated 2021-12-24 returned due to R01 Insufficient Funds | Fee Payment | Returned ACH - N | 5696241 | $115,284.00 |
| 2022-02-25 | ($175.00) | Returned ACH Debit Fee due to Payment initiated 2021-12-16 returned due to R01 Insufficient Funds | Fee Payment | Returned ACH - N | 5696241 | $115,459.00 |
| 2022-02-25 | ($175.00) | Returned ACH Debit Fee due to Payment initiated 2021-12-09 returned due to R01 Insufficient Funds | Fee Payment | Returned ACH - N | 5696241 | $115,634.00 |
| 2022-02-25 | ($290.00) | Payment from Weekly ACH Debit initiated 2022-02-24 | Contract | ACH Debit | 5696241 | $115,809.00 |
| 2021-12-29 | $175.00 | Returned ACH Debit Fee due to Payment initiated 2021-12-24 returned due to R01 Insufficient Funds | Fee Charge | Returned ACH - N | 5696241 | $116,099.00 |
| 2021-12-29 | $465.00 | Payment initiated 2021-12-24 returned due to R01: Insufficient Funds | Contract | ACH Debit | 5696241 | $115,924.00 |
| 2021-12-29 | $175.00 | Returned ACH Debit Fee due to Payment initiated 2021-12-16 returned due to R01 Insufficient Funds | Fee Payment | Returned ACH - N | 5696241 | $115,459.00 |
| 2021-12-29 | $175.00 | Returned ACH Debit Fee due to Payment initiated 2021-12-09 returned due to R01 Insufficient Funds | Fee Payment | Returned ACH - N | 5696241 | $115,284.00 |
| 2021-12-27 | ($175.00) | Returned ACH Debit Fee due to Payment initiated 2021-12-16 returned due to R01 Insufficient Funds | Fee Payment | Returned ACH - N | 5696241 | $115,109.00 |
| 2021-12-27 | ($175.00) | Returned ACH Debit Fee due to Payment initiated 2021-12-09 returned due to R01 Insufficient Funds | Fee Payment | Returned ACH - N | 5696241 | $115,284.00 |
| 2021-12-27 | ($465.00) | Payment from Single ACH Debit Payment initiated 2021-12-24 | Contract | ACH Debit | 5696241 | $115,459.00 |
| 2021-12-21 | $175.00 | Returned ACH Debit Fee due to Payment initiated 2021-12-16 returned due to R01 Insufficient Funds | Fee Charge | Returned ACH - N | 5696241 | $115,924.00 |
| 2021-12-21 | $1,455.00 | Payment initiated 2021-12-16 returned due to R01: Insufficient Funds | Contract | ACH Debit | 5696241 | $115,749.00 |
| 2021-12-21 | $175.00 | Returned ACH Debit Fee due to Payment initiated 2021-12-09 returned due to R01 Insufficient Funds | Fee Payment | Returned ACH - N | 5696241 | $114,294.00 |
| 2021-12-17 | ($175.00) | Returned ACH Debit Fee due to Payment initiated 2021-12-09 returned due to R01 Insufficient Funds | Fee Payment | Returned ACH - N | 5696241 | $114,119.00 |
| 2021-12-17 | ($1,455.00) | Payment from Weekly ACH Debit initiated 2021-12-16 | Contract | ACH Debit | 5696241 | $114,294.00 |
| 2021-12-14 | $175.00 | Returned ACH Debit Fee due to Payment initiated 2021-12-09 returned due to R01 Insufficient Funds | Fee Charge | Returned ACH - N | 5696241 | $115,749.00 |
| 2021-12-14 | $1,630.00 | Payment initiated 2021-12-09 returned due to R01: Insufficient Funds | Contract | ACH Debit | 5696241 | $115,574.00 |
| 2021-12-10 | ($1,630.00) | Payment from Weekly ACH Debit initiated 2021-12-09 | Contract | ACH Debit | 5696241 | $113,944.00 |
| 2021-12-03 | ($1,630.00) | Payment from Weekly ACH Debit initiated 2021-12-02 | Contract | ACH Debit | 5696241 | $115,574.00 |
| 2021-11-29 | ($1,630.00) | Payment from Weekly ACH Debit initiated 2021-11-26 | Contract | ACH Debit | 5696241 | $117,204.00 |
| 2021-11-19 | ($1,630.00) | Payment from Weekly ACH Debit initiated 2021-11-18 | Contract | ACH Debit | 5696241 | $118,834.00 |
| 2021-11-15 | ($1,630.00) | Payment from Weekly ACH Debit initiated 2021-11-12 | Contract | ACH Debit | 5696241 | $120,464.00 |
| 2021-11-05 | ($1,630.00) | Payment from Weekly ACH Debit initiated 2021-11-04 | Contract | ACH Debit | 5696241 | $122,094.00 |

**Exhibit 9**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Merchant Statement | | | | Till Premium Alfalfa | | | Start Date: 2021-10-15 |
| | | | | | | | End Date: 2023-06-15 |

| Date | Amount | Description | | Type | Method | Contract | Balance |
|---|---|---|---|---|---|---|---|
| 2021-10-29 | ($1,630.00) | Payment from Weekly ACH Debit initiated 2021-10-28 | | Contract | ACH Debit | 5696241 | $123,724.00 |
| 2021-10-22 | ($1,630.00) | Payment from Weekly ACH Debit initiated 2021-10-21 | | Contract | ACH Debit | 5696241 | $125,354.00 |
| 2021-10-15 | ($2,145.00) | Origination Fee | | Fee Payment | Origination Fee (F | 5696241 | $126,984.00 |
| 2021-10-15 | $126,984.00 | Contract 5696241 funded on 10/15/21 by Taylor Click | | Funding | | 5696241 | $129,129.00 |
| 2021-10-15 | $2,145.00 | Origination Fee | | Fee Charge | Origination Fee (F | 5696241 | $2,145.00 |
| **Current Balance** | $118,949.00 | | | | | | |

**Exhibit 9**