# Application for Funding



CA loans made under CA CFL license held by Lendio Partners, LLC

## Business Details

| | |
|---|---|
| **LEGAL NAME ("BUSINESS")** <br> Till Premium Alfalfa LLC | **DBA NAME** <br> Till Premium Alfalfa LLC |
| **BUSINESS STREET ADDRESS** <br> 1585 County Road 328 | **SUITE / FLOOR** |
| **CITY, STATE, ZIP** <br> Buffalo TX 75831 | **FEDERAL / STATE TAX ID** <br> 5806 |
| **MAIN PHONE NUMBER** <br> 1303 | **BUSINESS START DATE** <br> May, 2016 |
| **EMAIL ADDRESS** <br> tj@tillalfalfa.com | **AVERAGE MONTHLY SALES** <br> 57949.82 |
| **ENTITY TYPE** <br> [✓] LLC  [ ] CORP  [ ] SOLE PROPRIETOR  [ ] LEGAL PARTNERSHIP | **BUSINESS LOCATION OWNERSHIP TYPE** <br> [✓] LEASE  [ ] MORTGAGE  [ ] OWN |
| **STATE OF INCORPORATION** | **IF YOU LEASE OR MORTGAGE, WHAT IS YOUR MONTHLY PAYMENT?** <br> 800.00 |
| **WHERE DO YOU CONDUCT YOUR BUSINESS** <br> [✓] HOME  [ ] ONLINE  [ ] COMMERCIAL | **LANDLORD / LENDER NAME** |
| **CREDIT CARD TRANSACTIONS PER MONTH** <br> 40000.00 | **LANDLORD / LENDER PHONE NUMBER** |
| **AMOUNT REQUESTED** <br> 50000.00 | **LOAN PURPOSE** <br> Working Capital |
| **INDUSTRY** <br> Other | |

## Owner Details

| | |
|---|---|
| **FIRST & LAST NAME** <br> Thomas James Till | **TITLE** <br> Owner |
| **STREET ADDRESS** <br> 1585 County Road 328 | **CITY, STATE, ZIP** <br> Buffalo, TX 75831 |
| **PHONE NUMBER** <br> 1303 | **PERCENTAGE OF OWNERSHIP** <br> 100 |
| **DATE OF BIRTH** | **SOCIAL SECURITY NUMBER** |

By signing below, the above Owner/Officer acknowledges and agrees that: 1) you are authorized on behalf of the business listed in the application (the "Applicant") to make and submit this application, to submit any accompanying documents, and to provided the consents and authorizations set forth herein and at https://www.lendio.com/agreements/terms-of-application/; 2) should this application be approved, you are authorized to sign business financing documentation on behalf of the Applicant; 3) all information provided to Lendio and/or its trusted partners is accurate and complete and that you will immediately notify Lendio of any change in such information; 4) Lendio and its trusted partners may rely on the accurateness of the information provided; 5) Lendio may share all information and documents, excluding consumer credit reports, with its trusted partners to fulfill Applicant's requests and at any time for administrative, marketing, and servicing purposes as permitted by law and that your personal information may be shared with the Applicant as part of any underwriting process; 6) you and the Applicant waive and release any claims against any information provider relating to the release of information; 7) Lendio and Assignees are authorized to request and receive investigative reports, consumer credit reports (including from Experian, as set forth at https://www.lendio.com/agreements/credit-gathering-auth/), statements from financial institutions, or any other information that is necessary to complete an application for business financing, and such authorization shall be considered "written instructions" in accordance with the Fair Credit Reporting Act, as amended; and 8) Lendio and Assignees have my/our express written permission to contact me/us at the number and email provided in this application via email, telephone, text message (SMS/MMS) and/or cellular phone (including use of automated dialing equipment and pre-recorded calls and/or messages), which consent is not a condition of receiving services from Lendio.

## Owner/Officer

**NAME**

Thomas James Till

**SIGNATURE**

*Thomas James Till*

**DATE**

Oct 13, 2021 / 173.195.162.2