**PAYCHECK PROTECTION LOAN DATA NOW AVAILABLE —** FederalPay is now hosting the latest publicly released PPP loan company data from the SBA (Updated April 5, 2023)

June 19th, 2023 is a federal holiday. All non-essential federal employees are off work in observance of **Juneteenth Independence Day**. Read more about **Federal Holidays**! 

PPP Loan Data — Till Premium Alfalfa LLC, *Buffalo, TX*

# Till Premium Alfalfa LLC

Entity: Sole Proprietorship (Business legal structure)

Industry: Potato Farming

Location: Buffalo, TX

 Tweet This • Search All PPP Data

Till Premium Alfalfa LLC is a sole proprietorship located at 1527 County Road 328 in Buffalo, Texas that received a Coronavirus-related PPP loan from the SBA of **$22,300.00** in April, 2020.

The company has reported itself as a male owned business, and employed at least three people during the applicable loan loan period.

## $ PPP Loan Information

Loan #8049467109

| Loan Size: | Jobs Retained: |
|---|---|
| **$22,300** | 3 |
| Loan Approved: | Loan Status: |
| 2020-04-15 | **Paid in Full or Forgiven** |

Lender:

Customers Bank

**Till Premium Alfalfa LLC** in Buffalo, TX received a Paycheck Protection Loan of $22,300 through Customers Bank, which was approved in April, 2020.

This loan's status is reported by the SBA as "Paid in Full", which includes both loans repaid and those fully forgiven from repayment under PPP guidelines. The loan's status was last updated by the SBA in January, 2022.

## Payroll Estimates Based On SBA PPP Loan Eligibility Formula

Ads by Google
Stop seeing this ad    Why this ad?

Exhibit 12

*Please note that payroll estimations are based on a simplified PPP eligibility formula and do not account for factors such as salaries over $100k and other PPP eligibility components.*

Read More

Based on the standard PPP eligibility formula, it may be possible to estimate the payroll expenses represented by a company on their PPP application (see details above). In order to qualify for the PPP loan amount received, Till Premium Alfalfa LLC's 2019 payroll expenses are estimated to be at least **$107,040**.

Based on their reported 3 jobs retained, this equals an estimated average yearly compensation of **$35,680 per employee**[1]

## Reported PPP Proceed Usage:

On the PPP application, Till Premium Alfalfa LLC reported intending to use the proceeds of their PPP loan for the following expenses:

- Payroll: $22,300

## ⓘ Business Information - Till Premium Alfalfa LLC in Buffalo, TX



**Till Premium Alfalfa LLC**
1527 County Road 328
Buffalo, TX 75831

**Business Industry**:
Potato Farming
*NAICS code 111211*

## Business Owner Demographics

Exhibit 12

## Business Demographics

**Business Age:** Existing or more than 2 years old

**LMI Zone: (SBA classification for Low/Moderate Income (LMI) Zones)** N

**HUBZone: (SBA classification for Historically Under-utilized Business Zones)** Y

**Rural / Urban:** Rural

Leon County, TX — SBA Office 0671 — *Congressional District: TX-17*

## 📊 Industry PPP Comparison Statistics

Nationwide, 2,720 businesses in the "Potato Farming" industry received a total of **$228.1M** in PPP loans. This industry in total received less than 1% of the total PPP funding distributed.

PPP recipients in this industry report an average of **12 employees**, 300% **higher** than Till Premium Alfalfa LLC's reported 3 employees, and received an average **PPP loan of $83,862**, 276% **higher** than this company's loan of $22,300.

> **FederalPay's PPP Information Policy**
>
> Paycheck Protection Loan data has been made public by the Small Business Administration (SBA) for all private companies that received a PPP loan.
>
> All information displayed on this page is publicly available information under PPP loan guidelines, in compliance with 5 U.S.C. § 552 (Freedom of Information Act) and 5 U.S.C. § 552a (the Privacy Act) and is published unmodified, as provided by the SBA. FederalPay does not modify the data and makes no claims regarding its accuracy.
>
> Any corrections or modifications to this data can only be made via the SBA. For more information, please see the FederalPay PPP Data Policy.

🔍 **Search FederalPay's Full PPP Loan Database**

## Footnotes & Information

*1. Estimations for informational purposes only. Payroll and salary estimates assume the borrower used the standard PPP calculation of 2.5 x average 2019 monthly payroll costs to determine PPP loan eligibility. Calculation methods vary based on entity type. Please read the latest official SBA PPP calculation rules for a full explanation of PPP loan amount calculation methods.*

*2. If a company's reported number of employees divided by the maximum PPP range amount per the SBA is greater than $100,000, the estimated maximum PPP loan received by the company can be adjusted down to assume no more than $100,000 yearly salary per employee was used in the PPP application. While employees at the company may earn more, $100k / employee is the maximum amount that can be used in PPP eligibility calculations.*

*Have FederalPay.org's open data tools been valuable? Consider donating!*

[Donate]

Exhibit 12



**Exhibit 12**