# UNITED STATES BANKRUPTCY COURT
# Western District of Texas
# Waco Division

Bankruptcy Case No.: 24−60670−mmp

Chapter No.: 7

IN RE: **Terry Mack Hash and Karen Lynn Hash**, Debtor(s)

Adversary Proceeding No.: 25−06001−mmp

Judge: Michael M Parker

**Brenda Keily**
Plaintiff

v.

**Karen Lynn Hash**
Defendant

## ORDER TO PERFECT SERVICE

It appearing to the Court that Plaintiff(s) has failed to comply with the provision of Bankruptcy Rule 7004, **IT IS THEREFORE ORDERED** that counsel for the Plaintiff(s) obtain service of process on the following Defendant(s) in this case within thirty (30) days from entry of this order:

Karen Lynn Hash

Failure to do so will result in dismissal for want of prosecution.

Dated: 6/4/25

Barry D. Knight
Clerk, U. S. Bankruptcy Court

**[Perfect Service Order (AP)]** [OpsAPap]