# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | |
|---|---|
| In re:<br><br>Thomas James Till<br>d/b/a Till Premium Alfalfa<br><br>　　　　　Debtor. | Bankruptcy Case No. 23-60146-mmp<br><br>Chapter 7 |
| KAPITUS SERVICING, INC., AS SERVICING AGENT FOR KAPITUS LLC<br>　　　　　Plaintiff,<br>vs.<br><br>THOMAS JAMES TILL, individually and ALFAMAX ANIMAL NUTRITION LLC,<br>　　　　　Defendants. | Adversary No. 23-06007-mmp |
| **STIPULATION REGARDING EXTENSION OF TIME FOR DEFENDANTS TO ANSWER OR OTHERWISE RESPOND TO ADVERSARY PROCEEDING** | |

Kapitus Servicing, Inc., as servicing agent for Kapitus LLC ("Kapitus" or "Plaintiff") and Defendants, Thomas James Till, individually and AlfaMax Animal Nutrition LLC in the above referenced Adversary Proceeding, hereby stipulate to extend the deadline for Defendants to answer or otherwise respond to Plaintiff's Original Complaint. The Plaintiff and Defendants jointly request that Defendants' deadline to answer or otherwise respond to Plaintiff's Original Complaint be extended to September 25, 2023.

1. On June 20, 2023, Plaintiff filed an Original Complaint initiating the above-referenced Adversary Proceeding. Both Defendants have been served with a copy of the Complaint and applicable Summons.

2. Plaintiff and Defendants have commenced settlement discussions, and Plaintiff is in the process of reviewing a settlement proposal, additional information, and supporting

documentation provided by Defendants that are necessary to determine whether a resolution of this Adversary Proceeding as to the claims asserted by Plaintiff against Defendants may be reached.

3.  In order to allow additional time for settlement discussions to continue, Plaintiff and Defendants have agreed that the deadline for Defendants to answer or otherwise respond to Plaintiff's Original Complaint shall be extended to September 25, 2023. A proposed form of order is attached hereto for the Court's consideration.

**STIPULATED AND AGREED:**

SPENCER FANE LLP

*/s/ Misty A. Segura*_____
Misty A. Segura
Texas Bar No. 24033174
3040 Post Oak Boulevard, Suite 1400
Houston, TX 77056
Telephone: 713.212.2643
E-Mail: msegura@spencerfane.com

***Attorneys for Plaintiff, Kapitus Servicing, Inc., as servicing agent for Kapitus LLC***

*/s/ Thomas J. Till w/ permission by MAS*
Thomas James Till
1527 County Road 328
Buffalo, Texas 75831

Page **2** of **3**

OM 1089979.1

## CERTIFICATE OF SERVICE

   I certify that on August 29, 2023, a true and correct copy of the foregoing document was served by the Electronic Case Filing System for the United States Bankruptcy Court for the Western District of Texas on those parties registered to receive electronic notice and via First Class, U.S. Mail on those parties listed below:

*Defendants:*

Thomas James Till           *Via E-mail: ttill84@gmail.com*
1527 County Road 328
Buffalo, Texas 75831

AlfaMax Animal Nutrition, LLC
524 FM 848
Buffalo, Texas 75831

AlfaMax Animal Nutrition, LLC
1585 County Road 328
Buffalo, Texas 75831

                 */s/ Misty A. Segura*
                 MISTY A. SEGURA

OM 1089979.1