**IT IS HEREBY ADJUDGED and DECREED that the below described is SO ORDERED.**

**Dated: August 29, 2023.**



_____
**MICHAEL M. PARKER
UNITED STATES BANKRUPTCY JUDGE**

_____

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF TEXAS
## WACO DIVISION

| | |
|---|---|
| In re:<br><br>Thomas James Till<br>d/b/a Till Premium Alfalfa<br><br>Debtor. | Bankruptcy Case No. 23-60146-mmp<br><br>Chapter 7 |
| KAPITUS SERVICING, INC., AS SERVICING AGENT FOR KAPITUS LLC<br>        Plaintiff,<br>vs.<br><br>THOMAS JAMES TILL, individually and ALFAMAX ANIMAL NUTRITION LLC,<br>        Defendants. | Adversary No. 23-06007-mmp |
| **ORDER APPROVING STIPULATION REGARDING EXTENSION OF TIME FOR DEFENDANTS TO ANSWER OR OTHERWISE RESPOND TO ADVERSARY PROCEEDING** | |

      This Court, after considering the Stipulation Regarding Extension of Time for Defendants to Answer or Otherwise Respond to Adversary Proceeding (the "Stipulation") filed by Plaintiff,

Kapitus Servicing, Inc., as Servicing Agent for Kapitus, LLC ("Plaintiff") and Defendants, Thomas James Till, individually and AlfaMax Animal Nutrition LLC ("Defendants"), is of the opinion that the Stipulation is well-taken and should be APPROVED.

Therefore, it is ORDERED that the deadline for Defendants to answer or otherwise respond to the Original Complaint filed in this Adversary Proceeding is hereby extended to September 25, 2023.

# # #

OM 1090058.1