Karen Lynn Hash
1277 HCR 3138 N
Hillsboro, Tx 76645
(512) 785-3715
tkhash@hotmail.com



FILED
JUN 23 2025
U.S. BANKRUPTCY COURT
BY _____ DEPUTY

# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF TEXAS / WACO DIVISION

IN RE:

**Terry Mack Hash and Karen Lynn Hash**
Debtor(s)

**Brenda Keily**
Plaintiff

V

**Karen Lynn Hash**
Defendant

Bankruptcy Case No. 24-60670-mmp     Chapter No. 7
Adversary No. 25-06001-mmp

## MOTION FOR EXTENSION OF TIME TO OBTAIN LEGAL COUNSEL AND COMPLY WITH SCHEDULING ORDER

Karen Lynn Hash ("Movant"), the Defendant in the above captioned adversary proceeding, respectfully request an extension of time to All parties asserting or resisting claims of relief shall serve on all other parties, but not file, the discovery required by Federal Rule of Civil Procedure 26 (a)(1) on or before **6/23/25**. And states in support of this Motion:

1. The Movant is currently seeking legal counsel to represent her in this adversary proceeding. Due to the complexities of this matter and the

need to find an attorney experienced in **bankruptcy adversary proceedings**, this search has taken longer than anticipated, the initial attempts to secure representation were unsuccessful.

2. Movant has taken multiple actions to find legal counsel such as contacting numerous attorneys, seeking help from entities such as Legal Aid, Texas State Bar, etc. with no success. Few attorneys in the Western District of Texas do not have expertise in this area or require large retainers, or due to Movant's bankruptcy filing are unwilling to accept the case. Attached Exhibit A(b) containing list of Attorneys contacted and list of services contacted.

3. An extension is necessary to allow Movant sufficient time to obtain competent legal represenation to navigate the legal process and ensure that her rights are properly protected.

4. The Movant request an extension of 30 Days, **July 23, 2025.**

5. The Movant asserts that good cause exists for granting this extension because the inability to obtain legal counsel is a reasonable and unavoidable impediment to complying with the current deadlines set forth in the Scheduling Order. The Movant has exercised diligence in seeking representation, and the requested extension is necessary to prevent prejudice to her case.

**WHEREFORE,** the Movant request that this court extend the deadline for All parties asserting or resisting claims for relief shall serve on all other parties, but not file, the disclosures required by Federal Rule of Civil Procedure 26 (a)(1) on or before **7/23/25,** and grant such other and further relief as the Court deems just and proper.

**Respectfully submitted,**

June 21, 2025

**Karen Lynn Hash**

*Karen Lynn Hash*

# LIST OF ATTORNEYS SERVING WESTERN DISTRICT OF TEXAS WACO DIVISION. ADVERSARY PROCEEDINGS/BANKRUPTCY

1. DAVID KOHMS   817-764-1375   MESSAGE /NO RETURN CALL
2. ~~PAKIS LAW   254-379-9720   NOT TAKING NEW CASES~~
3. ERIN SHANK   254-690-4110  NOT TAKING NEW CASES
4. EVAN SIMPSON  .254-399-9977  MESSAGE / NO RETURN CALL
5. LEINART BANKRUPTCY LAW   469-804-5437  DOES NO ADVERSARY
6. LUNDBERG LAW   972-775-3500   CANT DO ADVERSARY NOW
7. ALMAND LAW   817-225-0572  NOT TAKING NEW CASES
8. JD LAW   214-369-6422   CANT HELP
9. NORRED LAW   817-704-3984   $150 CONSULT APPT. 6/30/25  2:30
10. CHANCE MCGEE   CANT HELP
11. JENNIFER WERTZ  MESSAGE/NO RETURN CALL
12. CHRIS JAMESON  DONT DO ADVERSARY
13. WEYSER KAPLAN   214-552-7242  WANTS 10 TO 20K RETAINER
14. GUY HARVEY HOLMAN CANT HELP
15. TITTLE LAW FIRM   469-956-7944  CANT HELP
16. GARY LYON   214-620-2034
17. DAVID TEKEL   254-776-5095
18. ~~HAYWARD LAW   972-755-7100   WANTS 15K RETAINER PLUS~~
19. BEARD KUTEGEN   254-776-5500
20. TYLER SIMS   254-304-7161  WONT HELP  MY BANKRUPTCY ATTY.
21. FRANK LYON 512-345-8964  WONT RETURN PHONE CALLS
22. DAVID ALFORD  254-297-7300  CANT TAKE CASE
23. ARNOLD & ITKIN   888-493-1629  NEVER RETURNED CALL

## LIST OF LEGAL HELP

1. LEGAL HELPLINE  877-969-3412
2. LEGAL HELPLINE FOR TEXANS  1-800-622-2520  EXT 3
3. TEXAS STATE BAR
4. ATTORNEY HOTLINE  817-336-4101
5. TX LEGAL SERVICES  512-477-6000
6. VOLUNTEER LEGAL SERVICE OF CENTRAL TEXAS  512-476-5550
7. TEXAS LAW HELP  800-662-2520 X-3
8. LEGAL AID NW TX  888-529-5277 OR WAXAHCHIE 972-923-3344

## CERTIFICATE OF SERVICE

I do hereby certify that on June 23, 2025, a copy of the above and foregoing was served by first class mail to the parties listed below or attached hereto:

Thomas G. Kemmy, Kemmy Law Firm P.C. | tom@kemmylaw.com
State Bar No. 11254600
1924 N. Main Ave
San Antonio, TX 78212
(210) 750-1019

Tyler Sims, Sims Law PLLC | eef@simslawpllc.com
600 Austin Ave, Ste-23, Waco, TX 76701
(254) 304-7161

James Studensky | jstudensky.trustee@outlook.com
3912 W. Waco Drive
Waco, Texas 76710
Bankruptcy Trustee

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE WESTERN DISTRICT OF TEXAS

WACO DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| Terry Mack Hash & Karen Lynn Hash | § | CASE NO. 25-6001 |
| Debtor § | | |
| | § | Chapter 7-Adversary |

**Order Granting Motion for Extension of Time to Obtain Legal Counsel and Comply with Scheduling Order**

On this date came on for consideration the **Motion for Extension of Time to Obtain Legal Counsel and Comply with Scheduling Order** filed by the above-referenced Debtor in this bankruptcy case. Having reviewed the Motion, the Court finds that it should be _____.

IT IS, THEREFORE, ORDERED that the **Motion for Extension of Time to Obtain Legal Counsel and Comply with Scheduling Order** shall be, and hereby is, _____.

# # #