# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | |
|---|---|
| In re:<br><br>Thomas James Till<br>d/b/a Till Premium Alfalfa<br><br>    Debtor. | Bankruptcy Case No. 23-60146-mmp<br><br>Chapter 7 |
| KAPITUS SERVICING, INC., AS SERVICING AGENT FOR KAPITUS LLC<br>    Plaintiff,<br>vs.<br><br>THOMAS JAMES TILL, individually and ALFAMAX ANIMAL NUTRITION LLC,<br>    Defendants. | Adversary No. 23-06007-mmp |
| **FIFTH STIPULATION REGARDING EXTENSION OF TIME FOR DEFENDANTS TO ANSWER OR OTHERWISE RESPOND TO ADVERSARY PROCEEDING** ||

  Kapitus Servicing, Inc., as servicing agent for Kapitus LLC ("Kapitus" or "Plaintiff") and Defendants, Thomas James Till, individually and AlfaMax Animal Nutrition LLC in the above referenced Adversary Proceeding, hereby stipulate to extend the deadline for Defendants to answer or otherwise respond to Plaintiff's Original Complaint. The Plaintiff and Defendants jointly request that Defendants' deadline to answer or otherwise respond to Plaintiff's Original Complaint be extended from November 21, 2023 to December 5, 2023.

  1.  On June 20, 2023, Plaintiff filed an Original Complaint initiating the above-referenced Adversary Proceeding. Both Defendants have been served with a copy of the Complaint and applicable Summons.

  2.  Plaintiff and Defendants commenced settlement discussions. Plaintiff reviewed a settlement proposal made by Defendants and has provided a counterproposal in response to

OM 1126678.1

Defendants for consideration. Defendants advised that they are considering the counterproposal and have requested an additional extension of time to respond to same. The parties believe progress is being made towards a resolution of this matter.

3. In order to allow additional time for settlement discussions to continue, Plaintiff and Defendants have agreed that the deadline for Defendants to answer or otherwise respond to Plaintiff's Original Complaint shall be extended to December 5, 2023.

4. The Court previously approved an extension of time until November 21, 2023. This is the fifth request for an extension of time. A proposed form of order is attached hereto for the Court's consideration.

**STIPULATED AND AGREED:**

SPENCER FANE LLP

*/s/ Misty A. Segura*
Misty A. Segura
Texas Bar No. 24033174
3040 Post Oak Boulevard, Suite 1400
Houston, TX 77056
Telephone: 713.212.2643
E-Mail: msegura@spencerfane.com

***Attorneys for Plaintiff, Kapitus Servicing, Inc., as servicing agent for Kapitus LLC***

*/s/ Thomas J. Till w/permission MAS*
Thomas James Till
1527 County Road 328
Buffalo, Texas 75831

# CERTIFICATE OF SERVICE

I certify that on November 21, 2023, a true and correct copy of the foregoing document was served by the Electronic Case Filing System for the United States Bankruptcy Court for the Western District of Texas on those parties registered to receive electronic notice and via e-mail on those parties listed below:

*Defendants:*

| | |
|---|---|
| Thomas James Till<br>1527 County Road 328<br>Buffalo, Texas 75831 | *Via E-mail: ttill84@gmail.com* |
| AlfaMax Animal Nutrition, LLC<br>524 FM 848<br>Buffalo, Texas 75831 | *Via E-mail: ttill84@gmail.com* |
| AlfaMax Animal Nutrition, LLC<br>1585 County Road 328<br>Buffalo, Texas 75831 | *Via E-mail: ttill84@gmail.com* |

*/s/ Misty A. Segura*
MISTY A. SEGURA