**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**WACO DIVISION**

**IN RE:** **CASE NO. 26-60760**
**JANET CHEEVES**
**DEBTOR** **CHAPTER 7**

**NOTICE OF CHANGE IN COUNSEL (SAME FIRM) AND REQUEST FOR UPDATES IN NOTICING**

**TO THE HONORABLE U.S. BANKRUPTCY JUDGE:**

COMES NOW City of Waco and/or Waco Independent School District *ad valorem* tax creditor in the above-referenced case, represented by McCreary, Veselka, Bragg & Allen, P.C. (MVBA), and gives Notice of Change in Counsel from Julie Anne Parsons to:

Jessica L. Cousineau
McCreary, Veselka, Bragg & Allen, P.C.
P.O. Box 1269
Round Rock, TX 78680-1269
Telephone: (512) 323-3241
Fax: (512) 323-3205
jessica.cousineau@mvbalaw.com

The undersigned hereby requests service of notices and other documents now be made upon this attorney of record and that service on Julie Anne Parsons be terminated as to each case itemized in Exhibit A attached hereto.

Dated: August 26, 2026

Respectfully submitted,

MCCREARY, VESELKA, BRAGG & ALLEN, P.C.
Attorneys for City of Waco and/or Waco ISD

*/s/ Jessica L. Cousineau*
Jessica L. Cousineau
Oregon Bar Number 012374
P.O. Box 1269
Round Rock, Texas 78680-1269
Phone: (512) 323-3241
Fax: (512) 323-3205
Email: jessica.cousineau@mvbalaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on the date this Notice is filed, I caused a true and correct copy of the foregoing to be electronically served on all parties having requested and consented to electronic service herein, including Debtor's counsel, any appointed or Standing Trustee, and the United States Trustee, via the Court's CM/ECF Electronic Notification.

*/s/ Jessica L. Cousineau*
Jessica L. Cousineau

| Case Number | Chapter | Debtor(s) | Claimants |
|---|---|---|---|
| 26-60760 | 7 | Janet Cheeves | Waco, City et al |
| 26-60758 | 13 | Garett Galloway | Bell Co Tax Appr Dist |
| 26-60752 | 13 | Kimina T Maxey | Bell Co Tax Appr Dist |
| 26-60751 | 13 | Krystal Patrice Graham | Bell Co Tax Appr Dist |
| 26-60753 | 7 | Christina Brown | Waco, City et al |
| 26-60744 | 7 | Craig Eugene Rodahl and Sandey Lee Rodahl | Waco, City et al |
| 26-60748 | 7 | Victor David Kopelow and Judy Lynn Kopelow | Waco, City et al |
| 26-60747 | 7 | E'Detria Brinee King | Bell Co Tax Appr Dist |
| 26-60750 | 13 | Sandrae Kemar Band | Bell Co Tax Appr Dist |
| 26-60732 | 7 | Norman Paul Blackwell and Mary Webster Blackwell | Bell Co Tax Appr Dist |
| 26-60735 | 13 | Nghia Tran | Waco, City et al |
| 26-60737 | 7 | Roscoe William Parr, III and Raigean Tamarea Armistead | Bell Co Tax Appr Dist |
| 26-60738 | 7 | Shayla Deborah Lipscomb | Bell Co Tax Appr Dist |
| 26-60739 | 7 | Alfred Martin Wallace, Sr and Patricia Cooper Wallace | Bell Co Tax Appr Dist |
| 26-60740 | 7 | Temple Harris Woolls, Jr and Dorothy Anna Woolls | Hill County and Hill County Appraisal District |
| 26-60741 | 7 | Brandon Leao Teakell and Karen Lynn Teakell | Bell Co Tax Appr Dist |
| 26-60743 | 13 | Benjamin Montes | Hill County and Hill County Appraisal District |
| 26-60727 | 13 | Rasheed Mitchell | Waco, City et al |
| 26-60730 | 7 | Daniel Ramsey and Tammy Ramsey | Bell Co Tax Appr Dist, Freestone County and Limestone County Tax Units |
| 26-60729 | 7 | Ryan Kent Rader | Bell Co Tax Appr Dist |
| 26-60716 | 13 | Sonja Lavoie Webber | Bell Co Tax Appr Dist |
| 26-60717 | 7 | Frances Andrade | Waco, City et al |
| 26-60723 | 7 | Janice Andrew | Waco, City et al |
| 26-60720 | 7 | Perla Guadalupe Zuniga | Waco, City et al |
| 26-60711 | 7 | Gina Renee Dennard | Waco, City et al |
| 26-60713 | 7 | Jacob Cole Silcox | Bell Co Tax Appr Dist |
| 26-60714 | 13 | Vicki Dawn Dean | Bell Co Tax Appr Dist |
| 26-60712 | 13 | Rico Anthony Bailey and Freda Janice Bailey | Bell Co Tax Appr Dist |
| 26-60701 | 7 | Michael Stephen Green | Waco, City et al |
| 26-60703 | 7 | Cori Harden and David Harden | Bosque County Tax Units |
| 26-60705 | 7 | Derrick Alan Dutton and Marighny Elizabeth Dutton | Waco, City et al |
| 26-60702 | 7 | Anthony Coronado and Jamilet Coronado | Bell Co Tax Appr Dist |

| | | | |
|---|---|---|---|
| 26-60704 | 7 | Jean Skakel | Bell Co Tax Appr Dist |
| 26-60698 | 7 | Debra Marilyn Clark | Hill County and Hill County Appraisal District |
| 26-60690 | 7 | Rostan Shon Frye and Whitney Danielle Frye | Bell Co Tax Appr Dist |
| 26-60688 | 13 | Cindy Diane Bridges | Bell Co Tax Appr Dist |
| 26-60685 | 7 | Rachel Yoncher | Coryell County |
| 26-60687 | 7 | Jordan Deshaun Thomas and Shandiin Nizhoonii Edgewater | Bell Co Tax Appr Dist |
| 26-60686 | 7 | Estevan Trinidad Mindieta | Bell Co Tax Appr Dist |
| 26-60681 | 7 | Johnathen Lera Jenkins | Terry County Appr Dist |
| 26-60680 | 7 | Spoonts Appliance Service, Inc | Bell Co Tax Appr Dist |
| 26-60676 | 13 | Diana Lee Cruz Rodriguez | Bell Co Tax Appr Dist |
| 26-60679 | 7 | Philip David Spoonts and Millie Faye Spoonts | Bell Co Tax Appr Dist |
| 26-60671 | 7 | Randy Stevens and Heather Moss-Stevens | Bell Co Tax Appr Dist |
| 26-60672 | 7 | Marnie Nadine Wood and Layton Marnie Wood | Bell Co Tax Appr Dist |
| 26-60673 | 7 | Cadeshia Louise Kearns | Bell Co Tax Appr Dist |
| 26-60665 | 7 | Chance Stewart | Waco, City et al |
| 26-60668 | 7 | Lionel Alexander Jackson and Shayla Raeshawn Jackson | Bell Co Tax Appr Dist |
| 26-60669 | 7 | Jackson Ariel Communication, Inc | Bell Co Tax Appr Dist |
| 26-60663 | 7 | Larry Legg | Coryell County |
| 26-60657 | 7 | Darnice Shavada Christon | Bell Co Tax Appr Dist |
| 26-60653 | 13 | Destiny Jasmine Fernandez | Bell Co Tax Appr Dist |
| 26-60658 | 7 | Isha Dineska De Jesus | Bell Co Tax Appr Dist |
| 26-60650 | 13 | Warren Dale McDonald | Coryell County |
| 26-60649 | 13 | Jeanne Louise Axtman Guevara | Bell Co Tax Appr Dist |
| 26-60640 | 7 | Roman Lemari | Coryell County |
| 26-60641 | 7 | Philip Sparky O'Neal and Micky Joe O'Neal | Bell Co Tax Appr Dist |
| 26-60648 | 13 | Vicki Marie Vicars | Hill County and Hill County Appraisal District |
| 26-60646 | 13 | Joseph Breaux and Lynn Folley Breaux | Bell Co Tax Appr Dist |
| 26-60642 | 13 | Christina Curry | Bell Co Tax Appr Dist |
| 26-60647 | 13 | Freda Carol Britt | Bell Co Tax Appr Dist |
| 26-60638 | 13 | Mark Bernardino Jr | Bell Co Tax Appr Dist |
| 26-60637 | 13 | Ronnie Joseph Seaton, Jr | Bell Co Tax Appr Dist |
| 26-60635 | 13 | Melonie Nicole Henderson | Waco, City et al |
| 26-60630 | 7 | Milton Smith and Makeyvia Smith | Bell Co Tax Appr Dist |

| | | | |
|---|---|---|---|
| 26-60629 | 7 | Venancio Luna and Tamara Luna | Bell Co Tax Appr Dist |
| 26-60633 | 7 | Marleyna Lyn Urbanovsky | Hill County and Hill County Appraisal District |
| 26-60631 | 7 | Malik Isaiah Smith | Bell Co Tax Appr Dist |
| 26-60620 | 7 | Nicholas Bryan Everson and Amrys Paige Everson | Waco, City et al |
| 26-60622 | 7 | Kenneth Brian Massheimer | Bell Co Tax Appr Dist |
| 26-60621 | 13 | Robert Ivey Jami Ivey | Waco, City et al |
| 26-60615 | 7 | Leslie Anne Vega | Bell Co Tax Appr Dist |
| 26-60618 | 7 | Priscilla Arteaga | Waco, City et al |
| 26-60616 | 7 | Lashanda Deaquanetta Owens-Thomas | Bell Co Tax Appr Dist and Waco, City et al |
| 26-60610 | 13 | Keith Gregory Moraw | Bell Co Tax Appr Dist |
| 26-60606 | 7 | John-Michael Tate Johnston | Bell Co Tax Appr Dist |
| 26-60602 | 7 | Garrett Clayton Hennig and Crystal Marie Hennig | Bell Co Tax Appr Dist |
| 26-60598 | 7 | Rise Thomas Gross | Bell Co Tax Appr Dist |
| 26-60596 | 13 | Louis Lee Herdman | Bell Co Tax Appr Dist |
| 26-60595 | 7 | Ramona Dominguez | Waco, City et al |
| 26-60592 | 7 | LaCresha Yeyoka Welch | Bell Co Tax Appr Dist |
| 26-60594 | 7 | Yokasta Caba | Bell Co Tax Appr Dist |
| 26-60593 | 7 | Katrina Rea Sison Owens and Kerry Joe Owens | Bell Co Tax Appr Dist |
| 26-60580 | 13 | David Guerrero and Marian Guerrero | Waco, City et al |
| 26-60585 | 7 | Richard Deane Evans and Frankie Joyce Evans | Bell Co Tax Appr Dist |
| 26-60587 | 7 | Tamara Kaye Adams | Bell Co Tax Appr Dist |
| 26-60586 | 7 | Derrick Shawntell DeGrate | Bell Co Tax Appr Dist |
| 26-60588 | 13 | Eddie Pattrick Malbroue | Bell Co Tax Appr Dist |
| 26-60583 | 13 | Linda Kay Robinson | Waco, City et al |
| 26-60579 | 7 | Carlos Juan Rivera Melendez and Lizanette Martinez Adorno | Bell Co Tax Appr Dist |
| 26-60572 | 7 | Keith Rondos and Deanna Rondos | Bosque County Tax Units |
| 26-60570 | 7 | Shanon E Washington-Hester | Bell Co Tax Appr Dist |
| 26-60568 | 7 | Karen Jebousek Ballard | Leon County |
| 26-60569 | 7 | Cheryl Louise Hermann | Hill County and Hill County Appraisal District |
| 26-60566 | 7 | Sidney Jackson, Jr | Bell Co Tax Appr Dist |
| 26-60565 | 7 | Alan Amardeo Ramlochan and Monique Yvette Hardy | Bell Co Tax Appr Dist |
| 26-60558 | 7 | Donnie Ray Edward and Kimala Blanche Edward | Bell Co Tax Appr Dist |
| 26-60556 | 7 | Alexis Sebastian Sanchez | Leon County |

| | | | |
|---|---|---|---|
| 26-60555 | 13 | Michelle Drotrell Maladdie | Waco, City et al |
| 26-60551 | 7 | Michelle A Rivera | Coryell County |
| 26-60544 | 7 | Clara Jimenez-Addison | Bell Co Tax Appr Dist |
| 26-60538 | 7 | Richard Van Barnes | Bell Co Tax Appr Dist |
| 26-60540 | 13 | Kendall Lavel Fair and Imani Elise Fair | Bell Co Tax Appr Dist |
| 26-60547 | 13 | Lester Williams | Bell Co Tax Appr Dist |
| 26-60548 | 13 | Tamara Hiller Carrero | Coryell County |
| 26-60549 | 13 | Ronald Battle | Bell Co Tax Appr Dist |
| 26-60525 | 7 | Gregory Edwin Kane and Vicki Blackstone Kane | Bell Co Tax Appr Dist |
| 26-60532 | 7 | Susanne H Speare | Bell Co Tax Appr Dist |
| 26-60535 | 7 | Micheaux Montreil Sanders and Conslar Evettes Sanders | Bell Co Tax Appr Dist |
| 26-60533 | 7 | Kenneth Bernard Manjang | Bell Co Tax Appr Dist |
| 26-60530 | 13 | Queen Broussard | Bell Co Tax Appr Dist |
| 26-60527 | 13 | Joel Aaron Thornburg and Dawneva Kay Thornburg | Hill County |
| 26-60515 | 7 | Casie Marlane Ward | Bell Co Tax Appr Dist and Waco, City et al |
| 26-60512 | 7 | Dagmar Hedwig Armbrister | Bell Co Tax Appr Dist |
| 26-60520 | 7 | Ruth Eniet Pena | Coryell County |
| 26-60513 | 7 | Jordan Wayne Rogers and Justice Mikayla Rogers | Leon County |
| 26-60508 | 13 | Yosvani Figueroa Patino and Dafne Fuentes Rodriguez | Bell Co Tax Appr Dist |
| 26-60507 | 7 | Bradley William Salisbury and Deidre Anne Salisbury | Bell Co Tax Appr Dist |
| 26-60522 | 7 | Ronald Charles Billman | Coryell County |
| 26-60521 | 13 | Kimberly McCreary | Waco, City et al |
| 26-60504 | 13 | Dewayne McBride | Bell Co Tax Appr Dist |
| 26-60497 | 7 | Van Dee Smith and Sandra Kay Smith | Bell Co Tax Appr Dist |
| 26-60502 | 7 | David Olivier McDonald-Hunt, Jr and Shardaye Linda Agatha McDonald-Hunt | Coryell County |
| 26-60488 | 7 | William Brown, III and Darla Brown | Coryell County |
| 26-60492 | 7 | Michael Stephen Deemer and Brenda Lee Deemer | Waco, City et al |
| 26-60494 | 13 | Jeremy Justin Williams | Waco, City et al |
| 26-60489 | 13 | Darrell Post and Stacy Post | Bell Co Tax Appr Dist |
| 26-60482 | 7 | Daryl Lynn Theiss and Brenda Kay Theiss | Leon County |
| 26-60483 | 7 | Sean Ray McAnarney and Natalie Alexandra McAnarney | Bell Co Tax Appr Dist |
| 26-60480 | 7 | Gwendela Laxey | Bell Co Tax Appr Dist |
| 26-60486 | 7 | Francisco Aguilar and Aimee Rene Aguilar | Bell Co Tax Appr Dist |

| | | | |
|---|---|---|---|
| 26-60487 | 7 | Stephanie Marie Field | Bell Co Tax Appr Dist |
| 26-60475 | 7 | Bandy Wayne Kannon and Lisa Ann Kannon | Bosque County Tax Units |
| 26-60477 | 7 | James Cleveland Fullbright, Jr and Kelly Jo Fullbright | Waco, City et al |
| 26-60474 | 7 | Felix Gonzalez Gonzalez and Judith Ann Gonzalez | Coryell County |
| 26-60469 | 7 | Michael Scott Curtis and Candi June Curtis | Leon County |
| 26-60456 | 7 | John Pence, Jr | Milam County |
| 26-60454 | 13 | Jody Kenney | Milam County |
| 26-60450 | 13 | Benito Trevino and Julie Ann Cross | Bell Co Tax Appr Dist |
| 26-60448 | 13 | Tina Furtado West | Bell Co Tax Appr Dist |
| 26-60449 | 13 | Lakia Moore | Bell Co Tax Appr Dist |
| 26-60444 | 13 | Jennifer Dawson | Waco, City et al |
| 26-60438 | 7 | Justin Ray Muns and April Amanda Muns | Hill County, Williamson County and Hill County Appraisal District |
| 26-60436 | 13 | Michael Brett Dillon and Genea Marie Dillon | Freestone County |
| 26-60437 | 13 | Harry Eyre, Jr | Waco, City et al |
| 26-60433 | 13 | Cameron James Frase | Bosque County Tax Units |
| 26-60434 | 13 | Ray Sills | Leon County |
| 26-60431 | 13 | Sarah Anita Love | Waco, City et al |
| 26-60423 | 13 | Gregory Thomas | Hill County and Hill County Appraisal District |
| 26-60421 | 13 | Pablo Tremillo | Waco, City et al |
| 26-60412 | 13 | Michellian Seale | Bell Co Tax Appr Dist |
| 26-60399 | 13 | Timothy Holley | Leon County |
| 26-60379 | 13 | Craig Lee Jones and Shelley Rene Jones | Hill County and Hill County Appraisal District |
| 26-60363 | 13 | Bridgette Gayle DeFoor | Leon County |
| 26-60348 | 13 | Heath Aaron Hubred and Laura Leanne Hubred | Waco, City et al |
| 26-60352 | 11 | Christman Cable, Inc | Bell Co Tax Appr Dist |
| 26-60335 | 13 | Michael J Ferran | Bell Co Tax Appr Dist |
| 26-60341 | 13 | Joyce Marie Blue | Bell Co Tax Appr Dist |
| 26-60331 | 13 | Shihiah R Achmad and Rufus Lee Woods | Bell Co Tax Appr Dist |
| 26-60317 | 13 | Jesus Hernandez Ureste | Bell Co Tax Appr Dist |
| 26-60305 | 13 | Linda Garza | Bell Co Tax Appr Dist |
| 26-60302 | 13 | Nazim Mohammed | Bell Co Tax Appr Dist and Coryell County |
| 26-60299 | 13 | Philip Harlan Mckee and Naomi Joy McKee | Coryell County |
| 26-60292 | 13 | Sandra Gail Combs | Bell Co Tax Appr Dist |

| | | | |
|---|---|---|---|
| 26-60291 | 13 | Kyle Lee Tindell | Coryell County |
| 26-60287 | 13 | Tracy Martinez | Hill County and Hill County Appraisal District |
| 26-60274 | 13 | Brandon Griffith | Waco, City et al |
| 26-60279 | 13 | Charles Dunn | Freestone County |
| 26-60261 | 13 | Christopher Daniel Ochoa | Waco, City et al |
| 26-60252 | 7 | John Wilson and Ashley Wilson | Bell Co Tax Appr Dist |
| 26-60234 | 13 | Terri Lyn Moore | Waco, City et al |
| 26-60206 | 7 | Morgan Underwood | Waco, City et al |
| 26-60203 | 13 | Gregory Alan Jordon | Bell Co Tax Appr Dist |
| 26-60192 | 13 | James Deangelo II Banks and Isamary Banks Nieves | Bell Co Tax Appr Dist |
| 26-60190 | 13 | Mitchell Wayne Polk and Yvonne Polk | Bell Co Tax Appr Dist |
| 26-60189 | 7 | Emi Marie Luper | Bell Co Tax Appr Dist |
| 26-60193 | 11 | GBS Barr Holdings LLC | Bell Co Tax Appr Dist and Waco, City et al |
| 26-60168 | 13 | James E. Counts, Jr | Waco, City et al |
| 26-60154 | 13 | Giovanny Gonzalez Rivera | Coryell County |
| 26-60144 | 13 | Ramil T Ordillano and Sharon M Ordillano | Bell Co Tax Appr Dist |
| 26-60146 | 7 | Christian William Pfluger, III | Bell Co Tax Appr Dist and Williamson County |
| 26-60145 | 13 | Michael Williams, Sr | Waco, City et al |
| 26-60142 | 13 | Francisco Galindo and Lanelle Galindo | Bosque County Tax Units |
| 26-60132 | 13 | Alena Pordia and Paul Pordia | Waco, City et al |
| 26-60120 | 13 | Susan Louise Presto | Bell Co Tax Appr Dist |
| 26-60113 | 13 | Marjorie Sue Fulford | Bell Co Tax Appr Dist |
| 26-60109 | 7 | James William Stanley, Jr and Sandra Lee Stanley | Bell Co Tax Appr Dist |
| 26-60093 | 13 | Bobby Alan Barnett and Melonie Lea Barnett | Hill County and Hill County Appraisal District |
| 26-60095 | 13 | Maria Yanira Wisky Alcantara | Bell Co Tax Appr Dist |
| 26-60082 | 13 | Gregory J Ruff | Bell Co Tax Appr Dist |
| 26-60078 | 13 | Antrone Shonte Vaughn | Bell Co Tax Appr Dist |
| 26-60071 | 13 | Kelsey Gifford and Christopher Gifford Chris Gifford | Milam County |
| 26-60062 | 13 | Tamara Reese | Bell Co Tax Appr Dist |
| 26-60066 | 13 | Kemberly Murphy Coddington | Bell Co Tax Appr Dist and Coryell County |
| 26-60036 | 13 | Endyia Dawn Kinney-Sterns | Waco, City et al |
| 26-60016 | 13 | Greg Calloway Sloan | Coryell County |
| 26-60005 | 13 | Jared M. Daily | Bell Co Tax Appr Dist |

| | | | |
|---|---|---|---|
| 26-60013 | 13 | Mark Anthony James, II | Bell Co Tax Appr Dist |
| 26-60003 | 13 | Luis Acevedo | Limestone County Tax Units |
| 26-60002 | 13 | Carmen Long | Bell Co Tax Appr Dist |
| 25-60971 | 13 | Vanessa Butler | Waco, City et al |
| 25-60966 | 13 | Patrick J. Franz and Susanne Franz | Bell Co Tax Appr Dist |
| 25-60972 | 13 | Misty Renee Pena | Freestone County |
| 25-60975 | 13 | Dillion Dwayne Burns and Kahren Hodge Balela Burns | Bell Co Tax Appr Dist |
| 25-60967 | 7 | Eric Turner, Sr | Bell Co Tax Appr Dist |
| 25-60959 | 13 | Mandy Grace Erickson | Bell Co Tax Appr Dist |
| 25-60958 | 13 | Kimberli R Gray | Bell Co Tax Appr Dist |
| 25-60944 | 13 | Ted McKissick and Carol McKissick | Bell Co Tax Appr Dist |
| 25-60933 | 13 | Gary Edward Faltermier and Cynthia Madelynne Albrecht | Limestone County Tax Units |
| 25-60908 | 13 | Ivena Marie Fanning | Bosque County Tax Units |
| 25-60893 | 13 | Max Glyn Holder | Bell Co Tax Appr Dist |
| 25-60882 | 13 | Rosendo Lara-Zapata | Waco, City et al |
| 25-60878 | 13 | Terri Griggs | Waco, City et al |
| 25-60871 | 13 | Sherry L McNeal | Bell Co Tax Appr Dist |
| 25-60850 | 13 | Eduardo Sanchez and Myrna Sanchez | Waco, City et al |
| 25-60856 | 13 | Michele Jackson | Bell Co Tax Appr Dist |
| 25-60839 | 13 | Jeffery Nails and Amber Nicole Nails | Bell Co Tax Appr Dist |
| 25-60814 | 13 | Taeshana Marquiesha Parrish | Bell Co Tax Appr Dist |
| 25-60805 | 13 | Adrienne Gerarda Angel | Bosque County Tax Units |
| 25-60792 | 13 | Rosalio Marcos Estrada and Elizabeth Ruth Estrada | Waco, City et al |
| 25-60789 | 13 | Monika Strain | Bell Co Tax Appr Dist |
| 25-60745 | 13 | Curtis Darnell Hooper | Bell Co Tax Appr Dist |
| 25-60727 | 13 | Debra Ruth Vaquera | Bell Co Tax Appr Dist |
| 25-60725 | 13 | Laquita Nicole Parker | Bell Co Tax Appr Dist |
| 25-60726 | 13 | Heatherlynn Deon Holda | Waco, City et al |
| 25-60720 | 13 | Gerardo Holguin | Bell Co Tax Appr Dist |
| 25-60719 | 13 | Chad Allen Schmedthorst and Rachel Ann Schmedthorst | Waco, City et al |
| 25-60717 | 13 | Nancy Richardson | Bell Co Tax Appr Dist |
| 25-60699 | 13 | Vonda Chambers | Bell Co Tax Appr Dist |
| 25-60674 | 13 | Ralph James Shoup, II | Bell Co Tax Appr Dist |

| | | | |
|---|---|---|---|
| 25-60675 | 13 | Wesley C. Perry and Kelli D. Perry | Waco, City et al |
| 25-60669 | 13 | Joshwa Habram Lopez Irizarry | Bell Co Tax Appr Dist |
| 25-60647 | 13 | Michelle Cordova and Oscar Cordova | Bell Co Tax Appr Dist |
| 25-60638 | 13 | Edward Lee Leslie, Jr | Waco, City et al |
| 25-60635 | 13 | Vincent L Reyes and Monica Reyes | Coryell County |
| 25-60628 | 13 | Walter Benjamin Taylor, Jr | Waco, City et al |
| 25-60619 | 13 | Wilhelmina Linares and Robert Linares | Waco, City et al |
| 25-60605 | 13 | MaReia Theresa Fonseca | Bell Co Tax Appr Dist |
| 25-60602 | 13 | Priscilla Gomez and Josue Gomez | Bell Co Tax Appr Dist |
| 25-60576 | 13 | Patricia Ridley Givens | Bell Co Tax Appr Dist |
| 25-60577 | 13 | Alisha Renee Roberts and Kenneth Alton Roberts, Jr | Hill County |
| 25-60578 | 13 | Roland Anderson | Waco, City et al |
| 25-60570 | 13 | Diane Turnbow and Michael Turnbow | Coryell County |
| 25-60560 | 13 | Dennis Leroy Morgan | Bosque County Tax Units |
| 25-60552 | 13 | Tiffany Lee Renea Thomas | Bell Co Tax Appr Dist |
| 25-60549 | 13 | Whitney Luvina Timmons | Bell Co Tax Appr Dist |
| 25-60540 | 13 | Joseph Jordal and Tami Sharp | Freestone County |
| 25-60539 | 13 | Constance Jenkins | Limestone County Tax Units |
| 25-60535 | 13 | Bobby L Green | Bell Co Tax Appr Dist |
| 25-60533 | 13 | Maria del Carmen Samaniego | Limestone County Tax Units |
| 25-60524 | 13 | Miguel Angel Solis, Jr | Bell Co Tax Appr Dist |
| 25-60531 | 13 | Brooke Marie Richey | Milam County |
| 25-60530 | 13 | Jonathan Marjuan Johnson | Waco, City et al |
| 25-60503 | 7 | Shellie Marie Downing | Bell Co Tax Appr Dist and Williamson County |
| 25-60488 | 13 | Christina Harris | Bell Co Tax Appr Dist and Coryell County |
| 25-60482 | 13 | Robert Earl Adkison | Waco, City et al |
| 25-60452 | 13 | Michael Thomas McElroy | Coryell County |
| 25-60451 | 13 | Larry Michael Johnson | Waco, City et al |
| 25-60436 | 13 | Edward Salucion Geary and Margaret Mary Elizabeth Geary | Bell Co Tax Appr Dist |
| 25-60413 | 13 | Carrie Ann Roberts and Stephen Roberts, Jr | Bell Co Tax Appr Dist |
| 25-60393 | 13 | Franklin Nagy | Milam County |
| 25-60370 | 13 | Moises Abraham Garcia | Bell Co Tax Appr Dist |
| 25-60375 | 13 | Jackqueline Jones and Dedra Lavon Wallace-Jones | Bell Co Tax Appr Dist |

| | | | |
|---|---|---|---|
| 25-60363 | 13 | Sonya Rodriguez | Waco, City et al |
| 25-60335 | 13 | Winford Fernard Beasley, II | Bell Co Tax Appr Dist |
| 25-60317 | 13 | Alton Charles Royster and Sheina Jonelle Royster | Bell Co Tax Appr Dist |
| 25-60304 | 7 | David Paul Northup, Jr and Kimberly Anne Northup | Hill County |
| 25-60288 | 13 | Juan Lozano | Hill County and Hill County Appraisal District |
| 25-60274 | 13 | Michael Hardge | Bell Co Tax Appr Dist |
| 25-60271 | 13 | Arlene Luvianos | Waco, City et al |
| 25-60265 | 13 | Kandi Rendon | Waco, City et al |
| 25-60250 | 13 | Marcus Hayes and Donna Hayes | Bell Co Tax Appr Dist |
| 25-60256 | 13 | Kenneth Ray Wolff and Susan Herring Wolff | Waco, City et al |
| 25-60258 | 13 | Michael Walton Williams and Laura Denise Williams | Limestone County Tax Units |
| 25-60242 | 13 | Raymond E Doyle | Waco, City et al |
| 25-60237 | 13 | Jerry Leon Jones, Sr and Donna Yvette Jones | Waco, City et al |
| 25-60234 | 13 | Rodney L Walker | Bell Co Tax Appr Dist |
| 25-60230 | 7 | Cynthia Kay | Bell Co Tax Appr Dist |
| 25-60228 | 7 | David Gene Greene, Sr and Nadeline Sue Greene | Bell Co Tax Appr Dist and Runnels County |
| 25-60217 | 13 | Dawn Olivia Lothringer | Waco, City et al |
| 25-60215 | 13 | Armond Alexander and Felecia Alexander | Bell Co Tax Appr Dist |
| 25-60211 | 13 | Mary Gaspard | Bell Co Tax Appr Dist |
| 25-60205 | 13 | Keith Morales | Bell Co Tax Appr Dist |
| 25-60199 | 13 | Sheila Turner | Waco, City et al |
| 25-60189 | 13 | Sean Christian Baughman and Christi Deen Baughman | Waco, City et al |
| 25-60185 | 13 | Jason Edward Brown | Bell Co Tax Appr Dist |
| 25-60180 | 7 | Lisa Prnka | Waco, City et al |
| 25-60178 | 13 | Nora Theresa Merlino | Limestone County Tax Units |
| 25-60165 | 11 | M & M Broadcasters, Ltd | Limestone County Tax Units and Waco, City et al |
| 25-60160 | 13 | Tonya Lynn Lloyd | Bell Co Tax Appr Dist |
| 25-60152 | 13 | Tammie Louise Generette | Bell Co Tax Appr Dist |
| 25-60142 | 13 | Adam Ross Handy and Kimmie Lee Handy | Bosque County Tax Units |
| 25-60144 | 13 | Arthur Lovell Hamilton, Jr | Bell Co Tax Appr Dist |
| 25-60130 | 13 | Willette Blackman | Bell Co Tax Appr Dist |
| 25-60132 | 13 | Brandon Michael Courtney | Freestone County and Limestone County Tax Units |
| 25-60121 | 13 | Jennifer Gayle Clawson | Coryell County |

| | | | |
|---|---|---|---|
| 25-60126 | 7 | Ronald Troy Calhoun amd Danette Mary Calhoun | Coryell County |
| 25-60106 | 7 | James David Mosher, Jr and Maria Nissan Mosher | Bell Co Tax Appr Dist |
| 25-60103 | 13 | Michael M Watson and Jacquita L Watson | Coryell County |
| 25-60095 | 13 | Janet Gail Bigham | Waco, City et al |
| 25-60076 | 7 | Michael Francis Thomas | Waco, City et al |
| 25-60069 | 13 | Matthew Sultenfuss | Bell Co Tax Appr Dist |
| 25-60065 | 13 | Jessica Rose Lehnert | Milam County |
| 25-60066 | 13 | Michael Anthony Lopez and Crystal Dawn Stiles-Lopez | Bell Co Tax Appr Dist |
| 25-60062 | 11 | Patrick D. Horace Sr. | Bell Co Tax Appr Dist |
| 25-60054 | 13 | Bertha Landez | Bell Co Tax Appr Dist |
| 25-60025 | 13 | Michael Ray Albright | Waco, City et al |
| 25-60020 | 13 | Jeffrey Kilpatrick and Kimberly Kilpatrick | Hill County and Hill County Appraisal District |
| 25-60018 | 13 | Jay Hasman and Jennifer Hasman | Bell Co Tax Appr Dist |
| 25-60016 | 13 | Laura Donice Burt | Bosque County Tax Units |
| 25-60008 | 13 | Adam David Bauer and Heather Musgrove Bauer | Coryell County |
| 25-60010 | 13 | Deborah Bowen | Waco, City et al |
| 25-60011 | 13 | Christina Ann Peach | Freestone County |
| 25-60005 | 13 | Lawyer Neal, II | Waco, City et al |
| 24-60814 | 13 | Deborah Herrera Rogers | Bell Co Tax Appr Dist |
| 24-60800 | 13 | Katrina Gomez | Bell Co Tax Appr Dist |
| 24-60794 | 13 | Rebecca Jolene Hays-Edwards | Waco, City et al |
| 24-60774 | 13 | Martha Ann Branch | Coryell County |
| 24-60759 | 13 | Keshia Nicole Gilmer | Bell Co Tax Appr Dist |
| 24-60743 | 13 | Lucretia Summers | Hill County and Hill County Appraisal District |
| 24-60745 | 13 | Jorge Alberto Duarte | Bell Co Tax Appr Dist |
| 24-60746 | 13 | Marina Scott | Bell Co Tax Appr Dist |
| 24-60748 | 13 | Leslie Ann Prout | Bell Co Tax Appr Dist |
| 24-60717 | 7 | Downing Transportation, Inc | Bell Co Tax Appr Dist |
| 24-60670 | 7 | Terry Mack Hash and Karen Lynn Hash | Hill County and Hill County Appraisal District |
| 24-60671 | 13 | Lisa Housen | Waco, City et al |
| 24-60664 | 13 | Nettie Hutchins | Coryell County |
| 24-60666 | 13 | David A Prazinko | Coryell County |
| 24-60669 | 13 | Gregg Allen Volney | Bell Co Tax Appr Dist |

| | | | |
|---|---|---|---|
| 24-60660 | 13 | Kali Anne Martinez Kali Anne Kimbala | Bell Co Tax Appr Dist |
| 24-60626 | 13 | Michelle White | Bell Co Tax Appr Dist |
| 24-60628 | 13 | Malcolm Mahoney | Bell Co Tax Appr Dist |
| 24-60616 | 13 | Rodney Keith Whitaker Ashley Michelle Whitaker | Hill County and Hill County Appraisal District |
| 24-60614 | 13 | Thomas Dean Edwards | Coryell County |
| 24-60602 | 13 | Brenda Washington | Waco, City et al |
| 24-60604 | 13 | Juan Gabriel Contreras | Waco, City et al |
| 24-60600 | 13 | Jeffrey Krenzer | Bell Co Tax Appr Dist and Coryell County |
| 24-60597 | 13 | Cassandra Lewis | Bell Co Tax Appr Dist |
| 24-60582 | 13 | Diane M. Christian | Bell Co Tax Appr Dist |
| 24-60567 | 13 | Rebecca Kilfoy Watson | Bell Co Tax Appr Dist |
| 24-60488 | 13 | James Artz | Freestone County |
| 24-60486 | 13 | Kathy Louise Brinkley | Bell Co Tax Appr Dist |
| 24-60436 | 13 | Reyna Velasquez | Waco, City et al |
| 24-60435 | 13 | Bruce E Jones | Bell Co Tax Appr Dist |
| 24-60437 | 13 | Tab Murry | Waco, City et al |
| 24-60308 | 11 | Hilltop SPV, LLC | Leon County |
| 24-60297 | 13 | Stephen M Mellgren | Hill County |
| 24-60283 | 13 | Fredia Lynn Brown | Limestone County Tax Units |
| 24-60268 | 13 | Keith Thi Clinscales and Danielle Renee Clinscales | Bell Co Tax Appr Dist |
| 24-60235 | 13 | Kimisha Young Fairbell | Waco, City et al |
| 24-60229 | 13 | Autumn Brianne Vandegrift | Bell Co Tax Appr Dist |
| 24-60205 | 13 | Maurice Nash, Sr | Bell Co Tax Appr Dist |
| 24-60182 | 13 | Juan Manuel Olvera | Waco, City et al |
| 24-60177 | 13 | Anthony J. Santos and Angela A. Santos | Bell Co Tax Appr Dist |
| 24-60155 | 13 | Adam Johnson and Sara Johnson | Limestone County Tax Units |
| 24-60127 | 13 | Charles Calvin Malone, Jr | Hill County and Hill County Appraisal District |
| 24-60122 | 13 | Larry Dwayne Gaines | Bell Co Tax Appr Dist |
| 24-60022 | 13 | Joseph Anthony Mausser and Martina Mausser | Coryell County |
| 24-60020 | 13 | Bret Allen Watkins and Jennifer Renee Watkins | Waco, City et al |
| 24-60005 | 13 | Kyla Ann Shores | Bell Co Tax Appr Dist |
| 24-60003 | 13 | James Quintero Garza and Valerie Lynn Garza | Bell Co Tax Appr Dist |
| 24-60001 | 13 | Shilissa Machel Drayton | Coryell County |

| | | | |
|---|---|---|---|
| 23-60673 | 13 | George Hogue and Amy Hogue | Bell Co Tax Appr Dist |
| 23-60674 | 13 | Rhett Keith Kidd and Deniese Kidd | Anderson County and Freestone County |
| 23-60666 | 13 | Stephanie Dawn Tucker | Limestone County Tax Units |
| 23-60646 | 13 | Jessica Elyse Hopfenspirger | Milam County |
| 23-60636 | 13 | Mark Ethan Kennedy and Jessica Danielle Kennedy | Bell Co Tax Appr Dist |
| 23-60634 | 13 | Dominick James Frances, Jr | Bell Co Tax Appr Dist |
| 23-60633 | 13 | Billie Joyce Dechaume | Bosque County Tax Units |
| 23-60625 | 13 | Dale Litchford and Jessica Litchford | Coryell County |
| 23-60611 | 13 | Sherry Marie Weber | Bell Co Tax Appr Dist |
| 23-60585 | 13 | Wayne Wallace Reynolds | Bosque County Tax Units |
| 23-60590 | 13 | Michael Gene Anderson and Dianna Maddox Anderson | Hill County |
| 23-60593 | 13 | Hurseta Yvonne Atkinson | Bell Co Tax Appr Dist |
| 23-60580 | 13 | David Walker and Gloria Walker | Bell Co Tax Appr Dist |
| 23-60533 | 13 | John Mark Matthews, Jr and Iyana Janae Haynes-Matthews | Bell Co Tax Appr Dist |
| 23-60516 | 13 | Nakeeva Taylor | Bell Co Tax Appr Dist |
| 23-60512 | 13 | Lee Dew Jenkins, II and Julie Chyrese Jenkins | Milam County |
| 23-60515 | 13 | Pedro Jose Salazar | Bell Co Tax Appr Dist |
| 23-60501 | 13 | Antonio Alonzo Troup and Lakisha Lavette Troup | Bell Co Tax Appr Dist |
| 23-60505 | 13 | Robert Lavale Wilkerson and Latoria Wilkerson | Waco, City et al |
| 23-60497 | 13 | Noble Richard Thigpen, III | Bell Co Tax Appr Dist |
| 23-60486 | 13 | Richard Ayala, Sr and Patricia Ayala | Waco, City et al |
| 23-60465 | 13 | Nathaniel Bluitt and Luciana Bluitt | Limestone County Tax Units |
| 23-60430 | 13 | David K. Haynes | Freestone County |
| 23-60380 | 13 | Stephen Randell Marsh | Coryell County |
| 23-60340 | 13 | Caroline Fox and William John | Coryell County |
| 23-60324 | 13 | Stephanie June Coggins | Bell Co Tax Appr Dist |
| 23-60321 | 13 | Gregory Batesla | Coryell County |
| 23-60248 | 13 | Yulanda Denise Chism | Bell Co Tax Appr Dist |
| 23-60241 | 13 | Richard Edwards, Jr and Brenda Edwards | Coryell County |
| 23-60225 | 13 | Inez Clark | Waco, City et al |
| 23-60212 | 13 | Eusebio Sammy Guajardo | Bell Co Tax Appr Dist |
| 23-60181 | 13 | Elise Betheny Hodge | Bell Co Tax Appr Dist |
| 23-60168 | 13 | Thomas C. Threadgill | Bell Co Tax Appr Dist |

| | | | |
|---|---|---|---|
| 23-60149 | 13 | James Smith | Bell Co Tax Appr Dist |
| 23-60129 | 13 | Gisela Atchley Foster | Bell Co Tax Appr Dist |
| 23-60130 | 7 | Michael Wayne Hughes and Beverly Ann Hughes | Milam County |
| 23-60117 | 13 | Richard Lavon Best and Pamela Jean Best | Bell Co Tax Appr Dist |
| 23-60108 | 13 | Debbra Kay Hall | Bell Co Tax Appr Dist |
| 23-60103 | 13 | Tierny Krueger | Waco, City et al |
| 23-60099 | 13 | Garry H. Cox and Beatrice L. Cox | Bell Co Tax Appr Dist |
| 23-60100 | 13 | Donald Chasteen | Limestone County Tax Units |
| 23-60075 | 13 | Martin Freeman Wilmoth | Bell Co Tax Appr Dist |
| 23-60070 | 13 | Adelita Alviar Kombo | Bell Co Tax Appr Dist |
| 23-60047 | 13 | Kristie Lawrence | Waco, City et al |
| 23-60002 | 13 | Mary Elizabeth Henderson | Bell Co Tax Appr Dist |
| 22-60593 | 13 | Patricia Ann Diaz | Coryell County |
| 22-60585 | 13 | Eddie-Michael Matana Camacho and Theresa Nicole Camacho | Bell Co Tax Appr Dist |
| 22-60581 | 13 | Laura Hernandez Natal | Bell Co Tax Appr Dist |
| 22-60578 | 13 | Geoffrey Allen-Kyle Zehner | Bell Co Tax Appr Dist |
| 22-60499 | 13 | Phillip Bobby Flores | Waco, City et al |
| 22-60497 | 13 | Jerry Lynn Mathews | Waco, City et al |
| 22-60489 | 13 | Mary Waddell | Bell Co Tax Appr Dist |
| 22-60481 | 13 | Gary Jeremiah-Lyle Lawson and Maria Del Carmen Lawson | Hill County, Limestone County Tax Units and Hill County Appraisal District |
| 22-60450 | 13 | Robert Boyd Curtis | Bell Co Tax Appr Dist |
| 22-60435 | 13 | Reuben Varn Tull, Jr | Bell Co Tax Appr Dist |
| 22-60368 | 13 | Jerrilyn Lizama | Bell Co Tax Appr Dist |
| 22-60350 | 13 | Jerry B Levine and Carmen Kay Levine | Coryell County |
| 22-60327 | 13 | Philipp Neuhauser, II | Coryell County |
| 22-60324 | 13 | Oscar Gandara and Irene Gandara | Bell Co Tax Appr Dist |
| 22-60300 | 13 | Ignacio Jr. Ruiz | Waco, City et al |
| 22-60291 | 13 | Stacy Wilson | Waco, City et al |
| 22-60288 | 13 | Ryan Lee Thelin | Waco, City et al |
| 22-60287 | 13 | Cherie R. McLean | Bell Co Tax Appr Dist |
| 22-60290 | 13 | William Jarrod Fillip and Michelle Williams Fillip | Waco, City et al |
| 22-60262 | 13 | Jeremy Donavan Nelson and Margaret Ellen Nelson | Hill County and Hill County Appraisal District |
| 22-60248 | 13 | Aurora M Arce Cruz | Bell Co Tax Appr Dist |

| | | | |
|---|---|---|---|
| 22-60221 | 13 | Lourdes M. Padilla | Bell Co Tax Appr Dist |
| 22-60214 | 13 | Helen Faye Burks | Waco, City et al |
| 22-60188 | 13 | Ute Maria Lemons | Coryell County |
| 22-60146 | 13 | Christopher Adam Willis and Misty Michelle Willis | Milam County |
| 22-60140 | 13 | Alfredo Zuniga and Duane Christopher Walker-Zuniga | Bell Co Tax Appr Dist and Coryell County |
| 22-60138 | 13 | Michael A. Plummer | Bell Co Tax Appr Dist |
| 22-60093 | 13 | Deborah June Price | Bell Co Tax Appr Dist |
| 22-60053 | 13 | Michael Arnold Magee and Catherine Adcock Magee | Bell Co Tax Appr Dist |
| 22-60029 | 13 | Wanda Brooks | Waco, City et al |
| 21-60570 | 13 | Helen Warner | Bell Co Tax Appr Dist |
| 21-60515 | 13 | Roger Stone and Patricia Stone | Limestone County Tax Units |
| 21-60516 | 13 | Victor Chibeze Bassy and Marilyn Wallace Bassy | Bell Co Tax Appr Dist |
| 21-60507 | 13 | Brian Jacob Putnam and Kimberly Putnam | Bell Co Tax Appr Dist |
| 21-60493 | 13 | Joe Bryant Easley, Jr | Bell Co Tax Appr Dist |
| 21-60350 | 13 | Robert Douglas Gardner and Chrystal Joy Gardner | Waco, City et al |
| 21-60316 | 13 | Mary Katherine Robinson | Bell Co Tax Appr Dist |
| 21-60045 | 13 | Tressa V. Stone | Bell Co Tax Appr Dist |
| 20-60796 | 13 | Heidi J Huber | Bell Co Tax Appr Dist |
| 20-60672 | 13 | Sherry Lynn Randig | Milam County |
| 20-60502 | 13 | Allen R Freeman and Teresa R Freeman | Bell Co Tax Appr Dist |
| 20-60455 | 13 | Randy Ray Thompson and Mildred Bailey Thompson | Hill County and Hill County Appraisal District |
| 20-60386 | 13 | Elva Iris Rodriguez | Bell Co Tax Appr Dist |
| 20-60022 | 13 | La'Shunta Evette Leach | Bell Co Tax Appr Dist |
| 19-60326 | 12 | Alvin Alexander Kaddatz and Brenda Gay Kaddatz | Hill County and Hill County Appraisal District |
| 19-60164 | 7 | Chad Sheppard | Waco, City et al |