# UNITED STATES BANKRUPTCY COURT
### *Western District of Texas*
**800 FRANKLIN AVE., SUITE 140**
**WACO, TX 76701−0**

*Barry D. Knight*                                                 *(254) 750−1513*
*CLERK OF COURT*

**DATE:** August 4, 2025

Clayton L Everett
515 E. Border St.
Ste 163
Arlington, TX 76010

**RE:** Order Due

    Adversary Proceeding No.: **25−06001−mmp**

    Case Style: Keily v. Hash

Dear Mr. Everett:

    During a periodic review of case files and docket sheets, the Clerk's Office records reflected that you were directed to prepare a form of order in conformance with the Court's ruling on 07/15/2025

31 − 15 − Motion to Extend Time For Extension of Time to Obtain Legal Counsel and Comply with Scheduling
15      Order, Filed by Defendant Karen Lynn Hash. (McGee, Maxine)

    According to our files, no such order has been entered, and as a result, the court records are incomplete.

    Please submit a form of order, resolving the above−referenced matter, by **8/25/25**. If no order is received, the Court may dismiss the matter for want of prosecution.

                                                          Barry D. Knight
                                                          Clerk, U. S. Bankruptcy Court

                                                          BY: Bridget Hardage

**IF AN ORDER HAS ALREADY BEEN SENT, PLEASE DISREGARD THIS LETTER.**

| 903 San Jacinto, Suite 322 | 511 E. San Antonio Avenue, Suite 444 | 615 E. Houston Street, Suite 597 |
|---|---|---|
| Austin, Texas 78701 | El Paso, Texas 79901 | San Antonio, Texas 78205 |
| (512) 916−5237 | (915) 779−7362 | (210) 472−6720 |

[Order Due Letter] [Ltrodap]

Keily,
    Plaintiff

Hash,
    Defendant

Adv. Proc. No. 25-06001-mmp

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0542-6 | User: admin | Page 1 of 2 |
| Date Rcvd: Aug 04, 2025 | Form ID: 204 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol**      **Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 06, 2025:**

**Recip ID**      **Recipient Name and Address**
dft      +   Karen Lynn Hash, 1277 HCR 3138 N, Hillsboro, TX 76645-7431

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 06, 2025      Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 4, 2025 at the address(es) listed below:**

**Name**      **Email Address**

Clayton L Everett
     on behalf of Defendant Karen Lynn Hash clayton@norredlaw.com

James Studensky
     jstudensky.trustee@outlook.com jstudensky@ecf.axosfs.com

Thomas G. Kemmy
     on behalf of Plaintiff Brenda Keily michelleg@kemmylaw.com

Warren V. Norred
     on behalf of Attorney Warren Norred warren@norredlaw.com
     wnorred@norredlaw.com;clayton@norredlaw.com;angela@norredlaw.com

Warren V. Norred
     on behalf of Defendant Karen Lynn Hash warren@norredlaw.com
     wnorred@norredlaw.com;clayton@norredlaw.com;angela@norredlaw.com