# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | |
|---|---|
| In re:<br><br>Thomas James Till<br>d/b/a Till Premium Alfalfa<br><br>Debtor. | Bankruptcy Case No. 23-60146-mmp<br><br>Chapter 7 |
| KAPITUS SERVICING, INC., AS SERVICING AGENT FOR KAPITUS LLC<br>Plaintiff,<br>vs.<br><br>THOMAS JAMES TILL, individually and ALFAMAX ANIMAL NUTRITION LLC,<br>Defendants. | Adversary No. 23-06007-mmp |
| **JOINT MOTION TO EXTEND CERTAIN DEADLINES AND TO RESET DOCKET CALL** | |

TO THE HONORABLE JUDGE OF SAID COURT:

COME NOW Kapitus Servicing, Inc., as servicing agent for Kapitus LLC, Plaintiff, and Thomas James Till and AlfaMax Animal Nutrition, LLC, Defendants, and respectfully move this Court to extend various deadlines in the Scheduling Order and to reset Docket Call in this matter.

1. Docket call is currently scheduled for April 16, 2024 at 2:00 p.m. [Dkt. # 28].

2. Counsel for Plaintiff and Defendants have conferred and agreed to ask the Court for a resetting of various deadlines and the April 16, 2024 Docket Call in light of the parties' renewed efforts to reach a settlement of the claims and causes of action asserted in the Adversary Proceeding. This requested extension of time for various deadlines and resetting of Docket Call will conserve the resources of the parties and the Court and promote judicial efficiency.

3. Accordingly, the parties respectfully request that this Court reset Docket Call and extend various deadlines in the Scheduling Order for at least three months. A proposed form of order is attached to this Motion and has also been uploaded for the Court's consideration.

**PRAYER**

WHEREFORE, PREMISES CONSIDERED, the parties respectfully request that this Court grant their Joint Motion to Extend Certain Deadlines and to Reset Docket Call.

Respectfully submitted,

*/s/ Clayton L. Everett with permission MAS*
Clayton L. Everett
TX State Bar No. 24065212
Norred Law, PLLC
515 E. Border St.
Arlington, TX 76010
Tel: (817) 704-3984
E-mail: clayton@norredlaw.com

***Attorney for Defendants,***
***Thomas James Till and AlfaMax Animal***
***Nutrition, LLC***

`

SPENCER FANE, LLP

By: */s/ Misty A. Segura*
MISTY A. SEGURA
TX Bar No. 24033174
Fed. No. 30751
3040 Post Oak Blvd., Ste. 1400
Houston, TX 77056
Office: (713) 212-2643
E-mail: msegura@spencerfane.com

and

Elizabeth M. Lally (*Pro Hac Vice*)
Illinois Bar No. 6286664
Indiana Bar No. 28278-49
Iowa Bar No. AT0013010
Nebraska Bar No. 26428

13520 California Street, Suite 290
Omaha, NE 68154
Telephone: 402.965.8600
Facsimile: 402.965.8601
E-Mail: elally@spencerfane.com

***Attorneys for Plaintiff, Kapitus Servicing,
Inc., as servicing agent for Kapitus LLC***

OM 1132092.2