# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | |
|---|---|
| In re:<br><br>Thomas James Till<br>d/b/a Till Premium Alfalfa<br><br>    Debtor. | Bankruptcy Case No. 23-60146-mmp<br><br>Chapter 7 |
| KAPITUS SERVICING, INC., AS SERVICING AGENT FOR KAPITUS LLC<br>    Plaintiff,<br>vs.<br><br>THOMAS JAMES TILL, individually and ALFAMAX ANIMAL NUTRITION LLC,<br>    Defendants. | Adversary No. 23-06007-mmp |

## ORDER GRANTING PLAINTIFF'S MOTION TO AMEND SCHEDULING ORDER

On this date, the Court considered Plaintiff's Motion to Amend Scheduling Order. The Court finds that such motion should be GRANTED.

It is THEREFORE ORDERED that the Scheduling Order be amended in this case as follows:

| | |
|---|---|
| Deadline to conclude discovery: | October 11, 2024 |
| Deadline to depose expert witnesses: | October 11, 2024 |
| Deadline to file dispositive motions: | November 15, 2024 |
| Dispositive motion hearing deadline: | December 13, 2024 |
| Deadline to file and exchange witness and exhibit lists: | December 9, 2024 |
| Deadline to file trial brief addressing disputed issues of law: | January 17, 2025 |
| Deadline to submit Joint Pretrial Order: | January 17, 2025 |

### # # # END OF ORDER # # #

SUBMITTED BY:

**ATTORNEYS FOR PLAINTIFF
KAPITUS SERVICING, INC.**

SPENCER FANE, LLP

By: */s/ Misty A. Segura*
MISTY A. SEGURA
TX Bar No. 24033174
Fed. No. 30751
3040 Post Oak Blvd., Ste. 1400
Houston, TX 77056
Office: (713) 212-2643
E-mail: msegura@spencerfane.com

and
*/s/ Elizabeth M. Lally*
ELIZABETH M. LALLY (*Pro Hac Vice*)
Illinois Bar No. 6286664
Indiana Bar No. 28278-49
Iowa Bar No. AT0013010
Nebraska Bar No. 26428
13520 California Street, Suite 290
Omaha, NE 68154
Telephone: 402.965.8600
Facsimile: 402.965.8601
E-Mail: elally@spencerfane.com