# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | |
|---|---|
| In re:<br><br>Thomas James Till<br>d/b/a Till Premium Alfalfa<br><br>Debtor. | Bankruptcy Case No. 23-60146-mmp<br><br>Chapter 7 |
| KAPITUS SERVICING, INC., AS SERVICING AGENT FOR KAPITUS LLC<br>Plaintiff,<br><br>vs.<br><br>THOMAS JAMES TILL, individually and ALFAMAX ANIMAL NUTRITION LLC,<br><br>Defendants. | Adversary No. 23-06007-mmp |

## AGREED MOTION TO EXTEND CERTAIN DEADLINES AND TO RESET DOCKET CALL

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW Kapitus Servicing, Inc., as Servicing Agent for Kapitus LLC (the "Plaintiff") and Thomas James Till, individually and Alfamax Animal Nutrition LLC (the "Defendants") hereby file this *Agreed Motion to Extend Certain Deadlines and Reset Docket Call* (the "Motion"). In support thereof, Plaintiff and Defendants (collectively, the "Parties") state as follows:

1. Thomas James Till (the "Debtor") filed for relief under Title 11 of the U.S. Code on March 21, 2023, in the Bankruptcy Court for the Western District of Texas in case number 23-60146.

2. The Plaintiff initiated the above referenced adversary proceeding, case number 23-06007, on June 20, 2023. [ECF 1].

3. Docket call is currently scheduled for June 16, 2024 at 2:00 p.m.

4. On March 25, 2024, the parties filed their most recent Joint Motion to Extend Certain Deadlines and Reset the Docket Call. [ECF 38].

5. On March 26, 2024, the Court entered its Order Granting Joint Motion to Extend Certain Deadlines and to Reset Docket Call (the "Order Setting Deadlines"). [ECF No. 39].

6. Under the Order Setting Deadlines, discovery was to conclude on or before June 6, 2024. [ECF 39].

7. The parties have not been able to resolve this case, and thus request additional time to conduct discovery.

8. Accordingly, the Parties request the Court amend the Scheduling Order in this case as follows:

| Deadline to conclude discovery: | October 11, 2024 |
|---|---|
| Deadline to depose expert witnesses: | October 11, 2024 |
| Deadline to file dispositive motions: | November 15, 2024 |
| Dispositive motion hearing deadline: | December 13, 2024 |
| Deadline to file and exchange witness and exhibit lists: | December 9, 2024 |
| Deadline to file trial brief addressing disputed issues of law: | January 17, 2025 |
| Deadline to submit Joint Pretrial Order: | January 17, 2025 |

9. The Parties are in agreement that the deadlines should be amended as outlined above.

10. Accordingly, the parties respectfully request that this Court reset Docket Call and extend various deadlines in the Scheduling Order as set forth above. A proposed form of order is attached to this Motion and has also been uploaded for the Court's consideration.

WHEREFORE, the Parties respectfully request that the Court enter an Order granting this Agreed Motion to Extend Certain Deadlines and Reset Docket Call, and for all other and further relief as this Court deems appropriate.

Respectfully submitted,

SPENCER FANE, LLP

By: */s/ Elizabeth M. Lally*
Elizabeth M. Lally (*Pro Hac Vice*)
Illinois Bar No. 6286664
Indiana Bar No. 28278-49
Iowa Bar No. AT0013010
Nebraska Bar No. 26428
13520 California Street, Suite 290
Omaha, NE 68154
Telephone: 402.965.8600
Facsimile: 402.965.8601
E-Mail: elally@spencerfane.com


MISTY A. SEGURA
TX Bar No. 24033174
Fed. No. 30751
3040 Post Oak Blvd., Ste. 1400
Houston, TX 77056
Office: (713) 212-2643
E-mail: msegura@spencerfane.com

***Attorney(s) for Kapitus Servicing, Inc., as servicing agent for Kapitus LLC***

# CERTIFICATE OF SERVICE

   I certify that on July 15, 2024, a true and correct copy of the foregoing document was served by the Electronic Case Filing System for the United States Bankruptcy Court for the Western District of Texas on those parties registered to receive electronic notice and via e-mail on those parties listed below:

  *Counsel for Defendants*:

| | |
|---|---|
| Clayton L. Everett<br>Norred Law, PLLC<br>515 E. Border St.<br>Ste. 163<br>Arlington, TX 76010 | *Via E-mail:* clayton@norredlaw.com |
| Warren V. Nored<br>Norred Law, PLLC<br>515 E. Border St.<br>Ste. 163<br>Arlington, TX 76010 | *Via E-mail:* warren@norredlaw.com |

         */s/ Elizabeth M. Lally*
         ELIZABETH M. LALLY