# UNITED STATES BANKRUPTCY COURT
## Western District of Texas

Bankruptcy Case No.: 23–60146–mmp

Chapter No.: 7

IN RE: **Thomas James Till**, Debtor(s)

Adversary Proceeding No.: 23–06007–mmp

Judge: Michael M Parker

**Kapitus Servicing, Inc., as Servicing Agent for Kapitus LLC**
Plaintiff

v.

**Thomas James Till et al.**
Defendant

## NOTICE OF HEARING

**PLEASE TAKE NOTICE** that a hearing will be held

    at    Waco Bankruptcy Courtroom No. 1, 800 Franklin Ave., Ste. 160, Waco, TX 76701

    on    **7/16/24 at 02:00 PM**

Hearing to Consider and Act Upon the Following: (IF TIME ESTIMATE EXCEEDS 20 MINUTES, PLEASE E–MAIL DEANNA CASTLEBERRY AT: deanna_castleberry@txwb.uscourts.gov.) (related document(s): 50 Agreed Motion to Extend Certain Deadlines and to Reset Docket Call Filed by Elizabeth Lally for Plaintiff Kapitus Servicing, Inc., as Servicing Agent for Kapitus LLC. (related document(s): 28 Scheduling Order (related document(s): 1 Complaint to Determine Non–Dischargeability of Debt and For Denial of Dischargability of Debt Owed to Kapitus Servicing, Inc., for Successor Liability, Conversion, Unjust Enrichment, and Other Relief filed by Kapitus Servicing, Inc., as Servicing Agent for Kapitus LLC (attorney Misty Ann Segura), Kapitus Servicing, Inc., as Servicing Agent for Kapitus LLC (attorney Misty Ann Segura) against Thomas James Till, AlfaMax Animal Nutrition LLC. Hearing Scheduled For 7/16/2024 at 2:00 PM at Waco Bankruptcy Courtroom 1. (Castleberry, Deanna)

Dated: 7/15/24

                                                Barry D. Knight
                                                Clerk, U. S. Bankruptcy Court