**IT IS HEREBY ADJUDGED and DECREED that the below described is SO ORDERED.**



**Dated: July 16, 2024**

_____
**MICHAEL M. PARKER
UNITED STATES BANKRUPTCY JUDGE**
_____

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF TEXAS
## WACO DIVISION

| | |
|---|---|
| In re:<br><br>Thomas James Till<br>d/b/a Till Premium Alfalfa<br><br>      Debtor. | Bankruptcy Case No. 23-60146-mmp<br><br>Chapter 7 |
| KAPITUS SERVICING, INC., AS SERVICING AGENT FOR KAPITUS LLC<br>      Plaintiff,<br>vs.<br><br>THOMAS JAMES TILL, individually and ALFAMAX ANIMAL NUTRITION LLC,<br>      Defendants. | Adversary No. 23-06007-mmp |

## ORDER GRANTING AGREED MOTION TO EXTEND CERTAIN DEADLINES
## AND TO RESET DOCKET CALL

On this date, the Court considered the *Agreed Motion to Extend Certain Deadlines and Reset Docket Call*. The Court finds that such motion should be **GRANTED**.

It is **THEREFORE ORDERED** that Docket Call and the deadlines in this case be extended as follows:

1. <span style="color:red">**RESET Docket Call on January 28, 2025 @1:30pm in Courtroom #1, Waco, Texas.**</span>

2. The Scheduling Order be amended in this case as follows"

| | |
|---|---|
| Deadline to conclude discovery: | October 11, 2024 |
| Deadline to depose expert witnesses: | October 11, 2024 |
| Deadline to file dispositive motions: | November 15, 2024 |
| Dispositive motion hearing deadline: | December 13, 2024 |
| Deadline to file and exchange witness and exhibit lists: | December 9, 2024 |
| Deadline to file trial brief addressing disputed issues of law: | January 17, 2025 |
| Deadline to submit Joint Pretrial Order: | January 17, 2025 |

**# # # END OF ORDER # # #**

SUBMITTED BY:

**ATTORNEYS FOR PLAINTIFF
KAPITUS SERVICING, INC.**

SPENCER FANE, LLP

*/s/ Elizabeth M. Lally_____*
ELIZABETH M. LALLY (*Pro Hac Vice*)
Illinois Bar No. 6286664
Indiana Bar No. 28278-49
Iowa Bar No. AT0013010
Nebraska Bar No. 26428
13520 California Street, Suite 290
Omaha, NE 68154
Telephone: 402.965.8600
Facsimile: 402.965.8601
E-Mail: elally@spencerfane.com