**IT IS HEREBY ADJUDGED and DECREED that the below described is SO ORDERED.**

**Dated: July 22, 2025.**

_____
**MICHAEL M. PARKER
UNITED STATES BANKRUPTCY JUDGE**

_____

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE WESTERN DISTRICT OF TEXAS
### WACO DIVISION

| | |
|---|---|
| In re: <br><br> Thomas James Till <br> d/b/a Till Premium Alfalfa <br><br> Debtor. | Bankruptcy Case No. 23-60146-MMP <br><br> Chapter 7 |
| KAPITUS SERVICING, INC., AS SERVICING AGENT FOR KAPITUS LLC <br>     Plaintiff, <br> vs. <br><br> THOMAS JAMES TILL, individually and ALFAMAX ANIMAL NUTRITION LLC, <br>     Defendants. | Adversary No. 23-06007-MMP |

### JUDGMENT DETERMINING DEBT TO BE NON-DISCHARGEABLE

The relief set forth on the following page is hereby **ORDERED:**

THIS MATTER having been opened to the Court by counsel to Plaintiff, KAPITUS SERVICING, INC., AS SERVICING AGENT FOR KAPITUS LLC, ("Kapitus"), upon the Request of Kapitus for entry of judgment against THOMAS JAMES TILL, individually, ("Debtor/Defendant") and as representative for ALFAMAX ANIMAL NUTRITION LLC ("AlfaMax" and together with Debtor/Defendant the "Defendants") to determine debts owed by the Defendants to Kapitus to be non-dischargeable pursuant to Section 523 of Title 11 of the United States Code (the "Bankruptcy Code"); and upon the Stipulated Non-Dischargeable Judgment signed Plaintiff and Defendants (collectively, the "Parties") and filed with this Court on June 3, 2025 at Docket No. ____; and the Court having considered all of the papers submitted in support of its request for entry of judgment; and due deliberation having been had thereon; and for good cause shown, it is

**ORDERED AND ADJUDGED** as follows:

1. Judgment be and is hereby entered against THOMAS JAMES TILL, individually, in favor of KAPITUS SERVICING, INC., AS SERVICING AGENT FOR KAPITUS LLC, in the amount of $215,867.09 (Two Hundred Fifteen Thousand, Eight Hundred Sixty-Seven Dollars and 09/00) and as to THOMAS JAMES TILL, individually, said debt is non-dischargeable pursuant to Sections 523(a)(2)(A), (B), (a)(4) and (a)(6) of Title 11 of the United States Code also known as the Bankruptcy Code.

2. Judgment be and is hereby entered against ALFAMAX ANIMAL NUTRITION LLC in favor of KAPITUS SERVICING, INC., AS SERVICING AGENT FOR KAPITUS LLC, in the amount of $215,867.09 (Two Hundred Fifteen Thousand, Eight Hundred Sixty-Seven

Dollars and 09/00) and as to ALFAMAX ANIMAL NUTRITION LLC said debt is non-dischargeable, should ALFAMAX ANIMAL NUTRITION LLC file for protection pursuant to Title 11 of the United States Code also known as the Bankruptcy Code pursuant to Sections 523(a)(2)(A), (B), (a)(4) and (a)(6) of Title 11 of the United States Code also known as the Bankruptcy Code. KAPITUS SERVICING, INC., AS SERVICING AGENT FOR KAPITUS LLC, is authorized to take all actions necessary to effectuate the relief granted pursuant to this Judgment.

3. KAPITUS SERVICING, INC., AS SERVICING AGENT FOR KAPITUS LLC, is authorized to take all actions necessary to effectuate the relief granted pursuant to this Judgment.