# UNITED STATES BANKRUPTCY COURT
## Western District of Texas

Bankruptcy Case No.: 24–60670–mmp

Chapter No.: 7

IN RE: **Terry Mack Hash and Karen Lynn Hash**, Debtor(s)

Adversary Proceeding No.: 25–06001–mmp

Judge: Michael M Parker

**Brenda Keily**
Plaintiff

v.

**Karen Lynn Hash**
Defendant

## NOTICE OF HEARING

**PLEASE TAKE NOTICE** that a hearing will be held

at    Waco Bankruptcy Courtroom No. 1, 800 Franklin Ave., Ste. 160, Waco, TX 76701

on    **1/13/26 at 02:00 PM**

Hearing to Consider and Act Upon the Following: (IF TIME ESTIMATE EXCEEDS 20 MINUTES, PLEASE E–MAIL DEANNA CASTLEBERRY AT: deanna_castleberry@txwb.uscourts.gov.) (related document(s): 62 Motion TO DETERMINE TRIAL ISSUES AND TO EXCLUDE UNTIMELY EXPERT TESTIMONY Filed by Clayton L Everett for Defendant Karen Lynn Hash. Hearing Scheduled For 1/13/2026 at 2:00 PM at Waco Bankruptcy Courtroom 1. (Castleberry, Deanna)

Dated: 12/16/25

Barry D. Knight
Clerk, U. S. Bankruptcy Court

**[Hearing Notice (AP)]** [NtchrgAPap]